The Court clerk　　　　　　In Re incorrect zip code
U.S. District Court for　　　with defendant's address
the District of Columbia
Washington D.C. 20001
　　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　1:05CV01114 JR

Dear Lady or Gentleman,

　　　　　　　　Please be informed that in above entitled case there is an incorrect zip code 92640 to have been registered with the State Dept of California by defendant Fidelity Investment as found by one of the U.S. post Offices in S.F. whereas the correct zip code for 12801 Brookhurst St, Garden Grove CA should be 92840 instead, please therefore correct it in your file necessary for court communication and it is undetermined whether there are still more mistakes with it, further there is an agent Ronald F. Trudo for service process by Fidelity Investment.

　　　　　　　　　　　　　　　　　　　　Sincerely

　　　　　　　　　　　　　　　　　　　　Samuel C. Chia
　　　　　　　　　　　　　　　　　　　　ptf in pro se

June 21, 2005