# Fidelity Ultra Service Account®

Please print your information in ink and return your completed application to us in the enclosed pre-paid envelope.
For help completing this application, or for a Business, Trust, Brokerage IRA or Keogh Account Application, call us anytime at 1-800-544-7272.

## 1. Please tell us how we should establish your account

**Account registration:**

| Individual | Joint Tenants – Rights of Survivorship[1] | Custodial (UGMA/UTMA) | Estate[2] |
|---|---|---|---|
| | Tenants in Common[1] | Under the (state) _____ Uniform Gifts/Transfer to Minors Act | Other Non-Trust Fiduciary: _____ |
| | Community Property[1] | | |

**Name:**
Account Owner/Minor Name (first, MI, last): _____
Joint Owner/Custodian Name (first, MI, last): _____

**How to reach you:**

| Permanent Street Address (no P.O. Boxes): | City | State | Zip |
|---|---|---|---|
| Mailing Address (if different from above): | City | State | Zip |
| Evening Phone (Home): ( ) | Daytime Phone (Work): ( ) | | |

[1] If you are establishing a joint account and do not check a box, the account will be registered as joint tenants with rights of survivorship. Types of joint ownership are governed by the laws of your state of residence. If you need more information about which are appropriate in your state, please ask your state tax officials or financial advisor. If joint owner has a different address, please include with this application.
[2] List the Estate name as the owner and the Executor's name as the joint owner. These accounts require a court appointment (dated within 60 days) with this application and may require other paperwork.

## 2. To establish an account, we are required to obtain the following information

| | Account Owner/Minor | Joint Account Owner/Custodian |
|---|---|---|
| **Social Security or Taxpayer ID Number:**[*] | | |
| **Date of Birth:** (month/day/year) | | |
| **Citizenship** Country of citizenship: | U.S. ☐  Other _____ | U.S. ☐  Other _____ |
| Country of tax residence: | U.S. ☐  Other _____ | U.S. ☐  Other _____ |
| **Employment Status:** | Employed ☐  Not employed ☐  Retired ☐ | Employed ☐  Not employed ☐  Retired ☐ |
| **Occupation:** (If retired or not employed, indicate source of income) | | |
| **Employer's Name and Address:** | | |
| **Affiliations:** • Are you affiliated with or employed by a stock exchange or member firm of an exchange or the NASD, or by Fidelity? | Yes, with Fidelity. ☐<br>Yes, with _____,<br>(and I have included a letter of approval from my Compliance Officer).[**] | Yes, with Fidelity. ☐<br>Yes, with _____,<br>(and I have included a letter of approval from my Compliance Officer).[**] |
| • Are you a director, 10% shareholder, or policy-making executive of a public company? | Yes. Trading symbol: _____<br>Company: _____ | Yes. Trading symbol: _____<br>Company: _____ |

[*] The Social Security Number/Taxpayer ID number for account owner/minor is used for tax reporting purposes.

Exh. 1

## 8. You may also request additional information on the following

| | | |
|---|---|---|
| EAAB allows you to set up monthly or quarterly transfers from your bank account to your core account or to a mutual fund position within your brokerage account. | Direct Deposit (from non-government employer) | Options Trading |
| | Direct Deposit (from government) | Trading Authorization |
| | | Full  or  Limited |

## 9. For Active Traders who want to apply for special pricing, please complete the section below

The special benefits of Active Trader Pricing and Gold Circle℠ membership are available to active traders who maintain a minimum account equity of $20,000 and who trade a minimum of 36 and 72 trades per year, respectively. Active Trader Pricing and Gold Circle membership requires Fidelity's approval and, if approved, eligibility will be reviewed periodically after enrollment. To apply, you must (1) ATTACH copies of your past three months' statements from your existing brokerage firm(s) to demonstrate your trading activity; AND COMPLETE the following information.

Current value of your securities portfolio: $ _____
Average margin debit balance you maintain (if any): $ _____
Number of stock and option transactions you made during the last year: _____
Amount of commissions paid during the last year: $ _____

If you qualify, we will establish your account with Active Trader Pricing or Gold Circle membership and will notify you by letter. If you do not qualify, we will establish your account with Fidelity's discount commission schedule.

## 10. Signature

**Each owner and custodian/fiduciary must READ the Customer Agreement and SIGN this section in ink.**

I hereby request Fidelity Brokerage Services, Inc., and National Financial Services Corporation (collectively "Fidelity") to open a Fidelity Ultra Service Account in the name(s) listed as account owner(s) on this application.

- I acknowledge that I have read, understood, and agree to the terms and conditions set forth in the Customer Agreement. I am at least 18 years of age and of full legal age in the state in which I reside. I understand that you will supply my name to issuers of any securities held in my account so I might receive any important information regarding them, unless I notify you in writing not to do so. I understand that it is my responsibility to read the prospectus for any mutual fund into which I purchase or exchange.
- I understand that the Customer Agreement and its enforcement shall be governed by the laws of the Commonwealth of Massachusetts. It shall cover individually and collectively all accounts which I may open or reopen with Fidelity. It shall inure to the benefit of Fidelity's successors and assigns, whether by merger, consolidation, or otherwise. Fidelity may transfer my account to your successors and assigns, and this Agreement shall be binding upon my heirs, executors, administrators, successors, and assigns.

The following clause referring to lending of securities applies only to those accounts eligible and approved for margin. I understand that UGMA/UTMA, estate and other fiduciary accounts cannot use margin. I hereby authorize Fidelity to lend, hypothecate, or re-hypothecate, separately, or with the property of others, either to yourselves or to others, any property you may be carrying for me on margin. This authorization applies to all my accounts you carry and shall remain in force until you receive written notice of revocation at your main office in Boston, MA.

- If I am a U.S. citizen or resident alien, I certify under penalties of perjury that: (1) the Social Security or taxpayer identification number provided above is correct; and (2) I am not subject to IRS backup withholding because: (a) I am exempt from backup withholding; or (b) I have not been notified by the IRS that I am subject to backup withholding, or (c) I have been notified by the IRS that I am no longer subject to backup withholding. (Cross out item 2 if it does not apply to you.)
- If I am a non-resident alien, I certify under penalties of perjury that I am not a U.S. citizen or resident alien, and that I am an "exempt foreign person" as defined under IRS regulations.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

- I agree to be bound by the terms and conditions set forth in the Customer Agreement as are currently in effect and as may be amended from time to time. This account is governed by a predispute arbitration clause, which is found in Section 18 of the Customer Agreement. I acknowledge receipt of the predispute arbitration clause.

SIGNATURE OF ACCOUNT OWNER    Date (month, day, year)    SIGNATURE OF JOINT ACCOUNT OWNER/CUSTODIAN    Date (month, day, year)

X

X

Fidelity Investments is a registered trademark owned by FMR Corp. Fidelity Brokerage Services, Inc., National Financial Services Corporation, and Fidelity Distributors Corporation are each direct or indirect subsidiaries of FMR Corp. Accounts are carried with our affiliate, National Financial Services Corporation, a member of the New York Stock Exchange and other principal exchanges. Fidelity Investments, P.O. Box 5000, Cincinnati, OH 45273-8699

| For Fidelity Use Only | ☐ Cash | ☐ Margin | ☐ ATP |
|---|---|---|---|
| Account # Assigned | Reg. Rep. Signature | | Date |
| Approving Manager's Signature | | Date | |

37030-001    Fidelity Ultra Service Account is a service of Fidelity Brokerage Services, Inc. Member NYSE, SIPC.    BASSUSA-APP-998
1.706268.101

7001183

xh.1



# Supplemental Information

Please review and keep for your records. Do not mail with the application.

**Customer Agreement**
Covers services and account details related to the Fidelity Ultra Service Account.

**Commission Schedules and Fee Schedule**

**Fidelity Mutual Fund Prospectus**
Fidelity Municipal Money Market Fund to consider for your core account.



Exh. 1a

If my Fidelity brokerage account is terminated either by me or you, I will promptly return all unused checks and cards to you. I understand that failure to return such checks and cards may result in a delay in complying with my instructions as to the disposition of assets in my account.

FBSI reserves the right to charge a service fee or close any account that fails to maintain minimum activity or balance requirements, and further reserves the right to close an account or remit credit balances because of insufficient investment-related activity. FBSI may periodically review my account activity, and reserves the right to charge reasonable inactivity fees or to close or change the optional account features, fees, and services or to cease paying interest on account credit balances for any reason including, but not limited to, insufficient investment activity in accordance with the regulations of the New York Stock Exchange and Securities Investor Protection Corporation. FBSI will notify me if any changes or charges are imposed. Termination will result in the cancellation of my securities account and other features or privileges.

**17. Modification.** No provision of this agreement can be amended or waived except in writing, signed by an authorized representative of FBSI. If any provision of this agreement becomes inconsistent with any present or future law or regulation of any entity having regulatory jurisdiction over it, that provision will be superseded or amended to conform with such law or regulation, but the remainder of this agreement remains in force and effect.

This agreement and its enforcement shall be governed by the laws of the Commonwealth of Massachusetts; shall cover individually and collectively all accounts that I may open or reopen with Fidelity; and shall inure to the benefit of Fidelity's successors and assigns, whether by merger, consolidation, or otherwise. Fidelity may transfer my account to your successors and assigns, and this agreement shall be binding upon my heirs, executors, administrators, successors, and assigns.

## Arbitration

**18. PRE-DISPUTE ARBITRATION AGREEMENT.** This account is subject to the arbitration rules of the New York Stock Exchange, Inc., or the National Association of Securities Dealers, Inc. I am aware of the following:

a. Arbitration is final and binding on the parties.
b. The parties are waiving their right to seek remedies in court, including the right to jury trial.
c. Pre-arbitration discovery is generally more limited than and different from court proceedings.
d. The arbitrators' award is not required to include factual findings or legal reasoning, and any party's right to appeal or to seek modification of rulings by the arbitrators is strictly limited.
e. The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.

I agree that all controversies that may arise between us concerning any order or transaction, or the continuation, performance, or breach of this or any other agreement between us, whether entered into before, on, or after the date this account is opened, shall be determined by arbitration before a panel of independent arbitrators set up by either the New York Stock Exchange, Inc. or National Association of Securities Dealers, Inc. as I may designate. If I do not notify you in writing of my designation within five days after I receive from you a written demand for arbitration, then I authorize you to make such designation on my behalf. I understand that judgment upon any arbitration award may be entered in any court of competent jurisdiction.

No person shall bring a putative or certified class action to arbitration, nor seek to enforce any pre-dispute arbitration agreement against any person who has initiated in court a putative class action; or who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until: (a) the class certification is denied; or (b) the class is decertified; or (c) the customer is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein.

## Margin Account Agreement

**To: Fidelity Brokerage Services, Inc. and National Financial Services Corporation (Collectively, "Fidelity" or "you")**

My margin account will be established with the Automatic Repayment option. The settlement of securities purchases and other debit items (such as the Fidelity Visa® Gold Check Card, checks and balances transfer transactions) in the Fidelity Ultra Service Account comes first from available core balance and second from any margin availability. Any cash or money market fund balance in my core account will be automatically applied to my margin debit balance.

I may select the optional repayment option if I enhance my margin feature with Fidelity Accessline.℠ The margin availability is accessed for trade settlement in margin account prior to the core account. This method allows the purchase of securities to settle using margin availability while keeping a balance in the core account at the same time. Debit items such as Fidelity Visa® Gold Card

U.S. District Court for the District of Columbia
 G. Chia petition
Fidelity Brokerage Services Inc
Respondent

Plaintiff's conversation transcript in support of his motion to reverse void decisions

1  Thank you for calling Fidelity. For quote Balance and mutual Fund ... press 1. To
2  Conduct exchanges trade..... press 2. .......... All conversation with representat
3  are recorded for your protection.
4  Chia  I also record the conversation
5  Allred  Good morning this is Emily May I help you ?
6  Chia  May I know who is speaking?    Allred  This is Emily with Fidelity Investment
7  Chia  Your name please.    Allred  Emily
8  Chia  Your last name please    Allred    A-L-L-R-E-D
9  Chia  You in customer Service right ?    Allred  Yes I am.
10 Chia  Please tell if I want open an Ultra Service Account marginal Do I have to sign
11       agreement with Fidelity that the future dispute must be resolved in NASD or NYSE ?
12     You understand me ?    Allred  You want to open an Ultra Service account?
13 Chia  Yes  Do I have sign agreement?    Allred  Yes You do.
14 Chia  That I must agree to resolve the future dispute in NASD or NYSE ?
15 Allred  For dispute    Chia  For future dispute ?
16 Allred  Do you have to file a dispute?
17 Chia  No if there will be future dispute  Do I have to agree to arbitration with NYSE or
18       NASD ? You understand me ?    Allred  Arbitration and okay
19 Chia  You don't understand me    Allred  I see what you are saying  you have to sign
20       agreement to arbitration with Fidelity?    Chia  Yes    Allred  Okay
21 Chia  Yes    Allred  Let me see check what is involved with that customer agreement Can
22  you hold just for a moment ?  Chia  Yes    Chia  Yes    Allred  Thanks for holding when
23  you do sign Ultra Service type with the nature against Fidelity, you agree to arbitration
24 Chia  In NYSE or NASD right?    Allred  That is right?    Chia  It must be right?
25 Allred  Yes  that is what you agree when you sign.
26 Chia  What city you are located please    Allred  I am in Salt Lake City Utah
27 Chia  You are in Salt Lake City    Allred  Yes    Chia  That means the future
28  dispute cannot be resolved in court    Allred  That is correct.

Exh. 1b

SAMUEL G CHIA
1901 VALLEJO ST.
SAN FRANCISCO          CA 94123

DEAR FIDELITY ULTRA SERVICE ACCOUNT INVESTOR:

THANK YOU FOR USING THE FIDELITY ULTRA SERVICE ACCOUNT. WE ARE UPDATING OUR FILES IN ACCORDANCE WITH INDUSTRY REGULATIONS, AND WE NEED TO ASK YOU TO VERIFY THE FOLLOWING INFORMATION. PLEASE CONFIRM THAT THE INFORMATION BELOW IS CORRECT AND COMPLETE THE SECTIONS WHERE ADDITIONAL INFORMATION IS REQUESTED. PLEASE PROVIDE ALL SIGNATURES ON THE REVERSE SIDE WHERE INDICATED AND RETURN IN THE ENVELOPE PROVIDED. THE ORIGINAL CUSTOMER AGREEMENT YOU RECEIVED STILL GOVERNS YOUR ACCOUNT; WE HAVE INCLUDED A COPY OF THIS FOR YOUR CONVENIENCE. IF YOU HAVE ANY QUESTIONS, PLEASE CALL A FIDELITY SERVICE REPRESENTATIVE AT 1-800-544-6565.

THANK YOU FOR YOUR ASSISTANCE IN UPDATING OUR RECORDS.

FIDELITY USA OPERATIONS

---

USA ACCOUNT NUMBER:           X04 022 772
SOCIAL SECURITY NUMBER:       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
(415) 921-6099 (H)
CITIZENSHIP:  U.S. CITIZEN
MARGIN:       YES

BANK REFERENCE INFORMATION

1ST NATIONWIDE BANK              BANK ROUTING NUMBER:  321070007
ACCOUNT NUMBER:  036401024
MARINA AVE
SAN FRANCISCO CA  94123

PLEASE COMPLETE THE FOLLOWING INFORMATION. IF YOU CHECK EITHER OF THE FOLLOWING STATEMENTS, PLEASE PROVIDE BELOW ACCOUNT NUMBER(S) OF OTHER ACCOUNTS YOU OR MEMBERS OF YOUR FAMILY HAVE WITH FIDELITY, AS WELL AS THE NAME AND ADDRESS OF YOUR EMPLOYER.

CHECK BELOW IF APPLICABLE

____ I AM AFFILIATED WITH, OR WORK FOR FIDELITY, AN EXCHANGE OR A MEMBER FIRM OF AN EXCHANGE OR THE NASD, A BANK, TRUST OR INSURANCE COMPANY. IF SO, NOTIFICATION OF YOUR INTENT TO OPEN AN ACCOUNT WILL BE SENT TO YOUR EMPLOYER AS REQUIRED BY CURRENT REGULATION. PLEASE PROVIDE THE NAME AND ADDRESS OF YOUR EMPLOYER IN THE SPACE PROVIDED BELOW.

____ I AM A DIRECTOR, 10% SHAREHOLDER, POLICYMAKING EXECUTIVE OFFICER OF A PUBLICLY TRADED COMPANY. (IF SO, PLEASE PROVIDE THE NAME OF THE COMPANY).

*Please read and sign below*

This Agreement and its enforcement shall be governed by the laws of the Commonwealth of Massachusetts; shall cover individually and collectively all accounts which the undersigned may open or reopen with Fidelity; and shall inure to the benefit of Fidelity's successors, whether by merger, consolidation or otherwise, and assigns and Fidelity may transfer the account of the undersigned to your successors and assigns, and this Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the undersigned.

### AFTER YOU HAVE READ THE CUSTOMER AGREEMENT, PLEASE SIGN BELOW

To: Fidelity Brokerage Services, Inc. and National Financial Services Corporation

I ACKNOWLEDGE THAT I HAVE READ, UNDERSTOOD AND AGREE TO THE TERMS SET FORTH IN THE CUSTOMER AGREEMENT AND REQUEST THAT YOU ACCEPT ONE OR MORE ACCOUNTS IN MY NAME. I am at least 18 years of age and of full legal age in the state in which I reside. I understand you will supply my name to issuers of any securities held in my account so I might receive any important information regarding them, unless I notify you in writing not to do so. I certify under penalties of perjury that (1) I have provided the correct Social Security or Taxpayer Identification Number, (2) the IRS has never notified me that I am subject to 20 percent backup withholding, or has not fied me I am no longer subject to such. (NOTE: If part 2 does not apply please strike out before signing.) I understand that telephone calls to Fidelity may be recorded and consent to such recording.

**Tax Withholding Information:** As required by federal law, I (we) certify under penalties of perjury (1) that the Social Security or Taxpayer Identification Number provided herein is correct and (please check only if appropriate):

☐ **Yes,** the IRS has notified me (us) that I (we) are subject to 20% backup withholding. (20% of all dividend payments, interest payments and proceeds will be automatically withheld.)

☐ **Yes,** the IRS has notified me (us) that I (we) are no longer subject to such backup withholding. (20% backup withholding will not be withheld.)

**Lending Authority (for margin accounts only).** YOU ARE HEREBY AUTHORIZED TO LEND SEPARATELY, OR WITH THE PROPERTY OF OTHERS, EITHER TO YOURSELVES OR TO OTHERS, ANY PROPERTY YOU MAY BE CARRYING FOR ME ON MARGIN. THIS AUTHORIZATION APPLIES TO ALL MY ACCOUNTS YOU CARRY AND SHALL REMAIN IN FORCE UNTIL YOUR RECEIVE WRITTEN NOTICE OF REVOCATION AT YOUR MAIN OFFICE IN BOSTON, MA.

I REPRESENT THAT I HAVE READ THE TERMS AND CONDITIONS CONCERNING THIS ACCOUNT AND AGREE TO BE BOUND BY SUCH TERMS AND CONDITIONS AS CURRENTLY IN EFFECT AND AS MAY BE AMENDED FROM TIME TO TIME.

THIS ACCOUNT IS GOVERNED BY A PRE-DISPUTE ARBITRATION CLAUSE WHICH IS FOUND IN PARAGRAPH #11 OF THE TERMS AND CONDITIONS. I ACKNOWLEDGE RECEIPT OF THE PRE-DISPUTE ARBITRATION CLAUSE.

X _____   X _____
Signature                    Date    Joint Tenant's Signature (if any)       Date
                                     In the case of a joint account, both tenants must sign.

All accounts are carried with our subsidiary National Financial Services Corporation, member of the New York Stock Exchange, other principal exchanges and SIPC.

Fidelity Distributors Corporation is the General Distribution Agent for Fidelity Funds. Accounts carried with National Financial Services Corporation.