NATIONAL ASSOCIATION OF SECURITIES DEALER INC

Samuel G. Chia )
    Claimant )
Vs )    Affidavit of Lily NY Chan
Fidelity Investments )
    Respondent )    in support of Samuel Chia's
)    motion

State of California )
County of San Francisco ) S S

Lily NY Chan being duly sworn, deposes and says:

(1) On July 2, 1992, I was urgently asked by Mr. Samuel Chia to listen to the last part of the telephone conversation between him and the Fidelity's trader in an extension and I got the fact that Mr. Chia wanted the trader to buy back 1,000 shares of Myland stock instead of anything else, the trader and the broker bought as told, I also heard he said ' a free riding' in the form of complaint and told not to do it any more. I wrote a simple note that time and placed it on Mr. Chia's papers.

(2) Some day near the end of Aug. 1992, I was requested by Mr. Chia again with his consent to listen to the conversation in a telephone extension between him and Fidelity's employee and obtained the fact that the Fidelity's employee just told Mr. Chia the stock price but refused to let Mr. Chia buy the Myland stock, saying it is not the time for you to buy Myland stock then disconnected the telephone, just as Mr. Chia complained for me to verify it, said person just identified himself with his first name in a short tone which could not be heard clearly.

Subscribed and sworn to before me
this 6th day of April 1998.

                                    Lily NY Chan

NOTARY PUBLIC  CAROLYN CHAN






**Fidelity Investments** · Ultra Service Account

**NATIONAL FINANCIAL Services Corporation**

**Reporting Statement**

BROKERAGE NAME AND ADDRESS:
FIDELITY BROKERAGE SERVICES INC.
82 DEVONSHIRE STREET - ZE2
BOSTON, MA. 02109

PAYER'S NAME AND ADDRESS:
NATIONAL FINANCIAL SERVICES CORP
200 LIBERTY STREET 5TH FLR
NEW YORK, NY 10281

FEDERAL IDENTIFICATION NUMBER
04-2785576

(800)544-6565

ACCOUNT NO
X04-022772

SAMUEL G CHIA
1901 VALLEJO ST
SAN FRANCISCO CA 94123-4933

PAGE 2

TAXPAYER ID OR SSN
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

0095571

1099-B (OMB NO.1545-0715)    PROCEEDS FROM BROKER TRANSACTIONS (LESS COMMISSIONS)

| DATE OF SALE | CUSIP NUMBER | QUANTITY | DESCRIPTION | STOCK AND BOND PROCEEDS | FEDERAL INCOME TAX WITHHELD |
|---|---|---|---|---|---|
| 01/31/92 | 983907106 | 1,800 | XOMA CORPORATION REF/SMR/SCTS | 43,921.05 | 0.00 |
| 02/11/92 | 219350105 | 700 | CORNING INC SHORT SALE | 20,416.40 | 0.00 |
| 02/14/92 | 983907106 | 2,000 | XOMA CORPORATION REF/SSC/SCTS | 47,869.95 | 0.00 |
| 02/14/92 | 983907106 | 2,000 | XOMA CORPORATION SHORT SALE | 47,869.95 | 0.00 |
| 02/27/92 | 983907106 | 1,500 | XOMA CORPORATION SHORT SALE | 35,072.95 | 0.00 |
| 03/09/92 | 983907106 | 2,000 | XOMA CORPORATION REF/XBE/DUSA | 46,797.10 | 0.00 |
| 03/17/92 | 45252T106 | 1,000 | IMMUNE RESPONSE CORP SHORT SAL | 26,591.65 | 0.00 |
| 04/01/92 | 152342101 | 1,200 | CENTOCOR INC SHORT SALE | 31,331.20 | 0.00 |
| 05/05/92 | 580169100 | 600 | MC DONNELL DOUGLAS * NFSC IS | 34,323.44 | 0.00 |
| 05/06/92 | 152342101 | 2,000 | CENTOCOR INC SHORT SALE | 24,346.60 | 0.00 |
| 05/21/92 | 130442106 | 1,500 | CALIFORNIA MICROWAVE INC | 14,686.64 | 0.00 |
| 05/21/92 | 911646107 | 1,000 | U S BIOSCIENCE INC REF/ZME/CUS | 11,509.57 | 0.00 |
| 06/02/92 | 580169100 | 600 | MC DONNELL DOUGLAS SHORT SALE | 24,670.04 | 0.00 |
| 06/05/92 | 628530107 | 1,700 | MYLAN LABS INC REF/ZRZ/CUSA | 63,310.99 | 0.00 |
| 06/19/92 | 253849103 | 600 | DIGITAL EQUIP CORP NFSC IS | 21,749.31 | 0.00 |
| 06/25/92 | 45252T106 | 2,000 | IMMUNE RESPONSE CORP | 42,805.90 | 0.00 |
| 07/01/92 | 45252T106 | 2,000 | IMMUNE RESPONSE CORP SHORT SAL | 47,296.00 | 0.00 |
| 07/02/92 | 628530107 | 1,000 | MYLAN LABS INC SHORT SALE RECO | 39,686.44 | 0.00 |
| 08/10/92 | 080555105 | 600 | BELO A H CORP DEL SER A FRMLY | 26,615.69 | 0.00 |
| 08/10/92 | 628530107 | 2,000 | MYLAN LABS INC SHORT SALE | 45,298.88 | 0.00 |
| 09/01/92 | 282330109 | 3,000 | EGGHEAD INC SHORT SALE | 29,085.00 | 0.00 |
| 09/04/92 | 983907106 | 2,700 | XOMA CORPORATION REF/CPM/CCTS | 29,198.40 | 0.00 |
| 10/05/92 | 023905102 | 2,450 | AMDAHL CORP SHORT SALE | 20,372.80 | 0.00 |
| 10/05/92 | 45252T106 | 2,000 | IMMUNE RESPONSE CORP | 24,346.60 | 0.00 |
| 10/23/92 | 319906103 | 1,000 | FIRST EASTERN CORP PA SHORT SA | 10,388.80 | 0.00 |
| 10/23/92 | 983907106 | 550 | XOMA CORPORATION REF/SWY/SCTS | 5,271.61 | 0.00 |
| 10/30/92 | 232823104 | 1,500 | CYTOCARE INC REF/ZTC/CUSA | 6,645.00 | 0.00 |
| 12/01/92 | 60671F108 | 500 | MITEK SURGICAL PRODUCTS INC | 13,752.32 | 0.00 |
| | | | TOTAL: | 835,230.28 | 0.00 |

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES IT HAS NOT BEEN REPORTED.

Exh 18



National Association of Securities Dealers, Inc.
1390 Piccard Drive
Rockville, MD 20850
(800) 289-9999

Associated Person: MCELMURRY, BROOK EDWIN
CRD Number:       1961610

## 7/17/98 SUMMARY INFORMATION

### 7/17/98:   6/29/95 BANKRUPTCY

ACTION DATE:  2/1992; CHAPTER NUMBER:  NOT PROVIDED; DISPOSITION TYPE: DISCHARGED; DISPOSITION DATE:  6/29/1995; COURT NAME:  NOT PROVIDED; COURT LOCATION:  NOT PROVIDED; DOCKET/CASE NUMBER:  92-21955HA. mb

1

Exh 19



Kaiser Foundation Health Plan Pharmacy (415)833-8150
2238 Geary Blvd, 1ST Fl SAN FRANCISCO   Refill:(415)833-8151
Rx# 331 812820    Dr: TANG, SUS...
MEPROBAMATE 400MG TABLETS
For: EQUANIL/MILTOWN    Qty: 60 TABS
Take 1 tablet orally 3 times a day

MAY CAUSE DROWSINESS

CHIA, SAMUEL G.
...ov02    Refills Left: 0    9/03
WATSON LAB    Discard After:

Kaiser Foundation Health Plan Pharmacy (415)833-8150
4141 Geary Blvd SAN FRANCISCO    202-3295 Refill: 202-3299
Rx# 322 25515    Dr: CUC...
MEPROBAMATE 400MG TABLETS
For: EQUANIL/MILTOWN    Qty: 50 TABS
Take 1 tablet orally 3 times daily as needed DO NOT DRINK ALCOHOLIC BEVERAGES WHEN TAKING THIS MEDICATION.

MAY CAUSE DROWSINESS

CHIA, SAMUEL G.
Refills Left: 0
Mfg:    Discard After: 1/..

Kaiser Foundation Health Plan Pharmacy (415)833-8150
2238 Geary Blvd, 1ST Fl SAN FRANCISCO   Refill:(415)833-8151
Rx# 331 585600    Dr: BOUVIER, DENIS
MEPROBAMATE 400MG TABLETS
For: EQUANIL/MILTOWN    Qty: 60 TABS
Take 1 tablet orally 3 times a day

MAY CAUSE DROWSINESS

CHIA, SAMUEL G.
...Mar02    Refills Left: 4    MP 0962
Mfg: WATSON LAB    Discard After:

Kaiser Foundation Health Plan Pharmacy (415)833-8150
...ary Blvd, 1ST Fl SAN FRANCISCO   Refill:(415)833-8151
331 585600    Dr: BOUVIER, DENIS
...ROBAMATE 400MG TABLETS
EQUANIL/MILTOWN    Qty: 60 TABS
...e 1 tablet orally 3 times a day

MAY CAUSE DROWSINESS

CHIA, SAMUEL G.
17Nov01    Refills Left: 5
WATSON LAB    Discard After:

Kaiser Foundation Health Plan Pharmacy (415)202-3...
... St Joseph's Ave SAN FRANCISCO    Refill:(415)202-3...
Rx# 312 193447    NP: HANSEN, WILLI...
TEMAZEPAM 30MG CAPSULES
For: RESTORIL    Qty: 100 CAPS
Take 1 capsule orally at bedtime
SUPERVISING MD: KANTER

MAY CAUSE DROWSINESS

CHIA, SAMUEL G.
15Jun99    Refills Left: 0
Mfg: MYLAN    Discard After:

Kaiser Foundation Health Plan Pharmacy (415)833-8150
2238 Geary Blvd, 1ST Fl SAN FRANCISCO   Refill:(415)833-8151
Rx# 331 585599    Dr: BOUVIER, DENIS
FLURAZEPAM 30MG CAPSULES
For: DALMANE    Qty: 25 CAPS
Take 1 capsule orally every bedtime as needed for sleep

MAY CAUSE DROWSINESS

CHIA, SAMUEL G.
17Nov01    Refills Left: 1    7/4 8/04
Mfg: WESTWARD    Discard After:


日本. 20

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St Joseph's Ave SAN FRANCISCO 202-2161 Refill: 202-37
Rx#312 692333    Dr. CUCEK, J
LORAZEPAM 2MG TABLETS
For: ATIVAN                              Qty: 30 TAB
Take 1 tablet orally 2 times daily when
needed for nervousness/May cause
drowsiness or dizziness. Alcohol may
intensify this effect. Use care when
operating a car or dangerous
machinery.
CHIA, SAMUEL
09Oct95                     Refills Left: 0
Mfg.                        Discard After:

KAISER FOUNDATION HOSPITAL PHARMACY
120. E. GRAND REAL SO SAN FRANCISCO, CA 742-2888
Rx#: 351 470634    Dr: FELIX-FRETES, CARL
DALMANE 30MG CAPSULES
for:                                     Qty: 100
Take 1 capsule orally every night at
bedtime when needed for sleep

CHIA, SAMUEL
Jan95                       Refills Left: 0
                            Discard After:

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St Joseph's Ave SAN FRANCISCO 202-2161 Refill:202-3795
Rx#312 899198    Dr. CUCEK, J
FLURAZEPAM 30MG CAPSULES
For: DALMANE                             Qty: 50 CAPS
Take 1 capsule orally at bedtime as
needed for sleep

CHIA, SAMUEL
1Jan95                      Refills Left: 0
                            Discard After:

NO. 872593
TEMAZEPAM CAPS 30mg (Mylan) #100
Generic for RESTORIL CAPS
Take 1 capsule daily.

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St Joseph's Ave SAN FRANCISCO 202-2161 Refill:202-3795
Rx#312 18522    Dr. CUCEK, J
TEMAZEPAM 30MG CAPSULES
For: RESTORIL                            Qty: 30
Take 1 capsule orally at bedtime as
needed for sleep. May cause drowsiness.
Alcohol may intensify this effect. Use care when
operating a car or dangerous machinery.
THIS RX CANNOT BE REFILLED AFTER 2-11-94

CHIA, SAMUEL
Sep93                       Remaining Qty: 90 CAPS
Mfg.                        Discard After:

KAISER ... PHARMACY
Rx#: 312 467958    Dr. CUCEK, J
MEPROBAMATE 400MG TABLETS
For: EQUANIL/MILTOWN                     Qty: 100
Take 1 tablet orally 3 times daily for
dizziness. Alcohol may intensify this
effect. Use care when operating a car
or dangerous machinery.

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St Joseph's Ave SAN FRANCISCO 202-2161 Refill:202-3795
Rx#312 834638    Dr. CUCEK, J
FLURAZEPAM 30MG CAPSULES
For: DALMANE                             Qty: 100 CAPS
Take 1 capsule orally at bedtime when
needed for sleep

CHIA, SAMUEL
1Jan95                      Refills Left: 0
                            Discard After:

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St Joseph's Ave SAN FRANCISCO 202-2161 Refill:202-3795
Rx#312 692332    Dr. CUCEK, J
TEMAZEPAM 30MG CAPSULES
For: RESTORIL                            Qty: 100 CAP
Take 1 capsule orally every bedtime
when needed for sleep. May cause
drowsiness or dizziness. Alcohol may
intensify this effect. Use care when
operating a car or dangerous
machinery.
CHIA, SAMUEL
09Oct95                     Refills Left: 0
Mfg.                        Discard After:

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St Joseph's Ave SAN FRANCISCO 202-2161 Refill:202-3795
Rx#312 660229    Dr. CUCEK, J
FLURAZEPAM 30MG CAPSULES
For: DALMANE                             Qty: 100 CAP
Take 1 capsule orally daily

CHIA, SAMUEL
29Aug95                     Refills Left: 0
Mfg.                        Discard After: 4/91

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St Joseph's Ave SAN FRANCISCO 202-2161 Refill:202-3795
Rx#312 899195    Dr. CUCEK, J
MEPROBAMATE 400MG TABLETS
For: EQUANIL/MILTOWN                     Qty: 50 TABS
Take 1 tablet orally 3 times daily as
needed DO NOT DRINK ALCOHOLIC
BEVERAGES WHEN TAKING THIS
MEDICATION.
CHIA, SAMUEL G.
24May96                     Refills Left: 0
Mfg.                        Discard After:

Exh. 20

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St. Joseph's Ave SAN FRANCISCO 202-2161 Refill: 202-3795
Rx# 312 899198            Dr. CUCEK, J
FLURAZEPAM 30MG CAPSULES
For: DALMANE            Qty: 50 CAPS
Take 1 capsule orally at bedtime DO NOT DRINK ALCOHOLIC BEVERAGES WHEN TAKING THIS MEDICATION.



CHIA, SAMUEL G.
24May96                  Refills Left: 0
Mfg:                     Discard After:
Caution: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed

---

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St. Joseph's Ave SAN FRANCISCO 202-2161 Refill: 202-3795
Rx# 312 834638           Dr. CUCEK, J
FLURAZEPAM 30MG CAPSULES
For: DALMANE            Qty: 100 CAPS
Take 1 capsule orally at bedtime when needed for sleep

CHIA, SAMUEL
15Mar96                  Refills Left: 0
Mfg:                     Discard After:

---

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St. Joseph's Ave SAN FRANCISCO 202-2161 Refill: 202-3795
Rx# 312 899195            Dr. CUCEK, J
MEPROBAMATE 400MG TABLETS
For: EQUANIL/MILTOWN     Qty: 50 TABS
Take 1 tablet orally 3 times daily as needed DO NOT DRINK ALCOHOLIC BEVERAGES WHEN TAKING THIS MEDICATION.



CHIA, SAMUEL G.
24May96                  Refills Left: 0
Mfg:                     Discard After:

---

Kaiser Foundation Health Plan Pharmacy (415)202-2161
350 St. Joseph's Ave SAN FRANCISCO    Refill: (415)202-3795
Rx# 312 189954            Dr. CUCEK, J
MEPROBAMATE 400MG TABLETS
For: EQUANIL/MILTOWN     Qty: 100 TABS
Take 1 tablet orally 3 times daily MAY CAUSE DROWSINESS. DO NOT DRINK ALCOHOLIC BEVERAGES WHEN TAKING THIS MEDICATION.

CHIA, Samuel G.
08Jul98                  Refills Left: 0
Mfg: SCHEIN              Discard After:

---

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St. Joseph's Ave SAN FRANCISCO 202-2161 Refill: 202-3795
Rx# 312 1059957           Dr. CUCEK, J
FLURAZEPAM 30MG CAPSULES
For: DALMANE            Qty: 100 CAPS
Take 1 capsule orally every bedtime May cause drowsiness. Alcohol may intensify this effect. Use care when operating a car or dangerous machinery.

CHIA, SAMUEL G.
17Jan97                  Refills Left: 0
Mfg:                     Discard After:

---

KAISER FOUNDATION HEALTH PLAN PHARMACY
350 St. Joseph's Ave SAN FRANCISCO 202-2161 Refill: 202-3795
Rx# 312 1059958           Dr. CUCEK, J
MEPROBAMATE 400MG TABLETS
For: EQUANIL/MILTOWN     Qty: 100 TABS
Take 1 tablet orally 3 times daily as needed



CHIA, SAMUEL G.
17Jan97                  Refills Left: 0
Mfg:                     Discard After:

---

Kaiser Foundation Health Plan Pharmacy (415)202-2161
350 St. Joseph's Ave SAN FRANCISCO    Refill: (415)202-3795
Rx# 312 1599863           Dr. CUCEK, J
TEMAZEPAM 30MG CAPSULES
For: RESTORIL            Qty: 100 CAPS
Take 1 capsule orally every bedtime



Exh. 2 0    CHIA, Samuel G.

**Fidelity Investments® Discount Brokerage**

| CUSTOMER NO. | BROKERAGE NO. | TY | CUSIP | NET AMOUNT |
|---|---|---|---|---|
| | X04-022772 | 3 | 628530107 | 45,298.88 |

MYLAN LABS INC

SETTLEMENT DATE: 08-17-92    DTC 243

SAMUEL G CHIA
1901 VALLEJO ST.
SAN FRANCISCO    CA 94123

FIDELITY BROKERAGE SERVICES INC
PO BOX 945
BOSTON    MA 02103

099 0504022772 31 000

PLEASE RETURN THIS TOP PORTION WITH SECURITIES SOLD OR PAYMENT IN THE AMOUNT DUE BY SETTLEMENT DATE

| CUSTOMER NO. | BROKERAGE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | TRANS NO. | CUSIP NO. | EXC | ORIG. |
|---|---|---|---|---|---|---|---|---|---|
| | X04-022772 | 3 | SJS | 08-10-92 | 08-17-92 | 000427 | 628530107 | 8 | 1 |

YOU SOLD    2,000    AT    22 3/4

SECURITY DESCRIPTION    SYMBOL: MYL

MYLAN LABS INC SHORT SALE
/SJS/SCTS

| | |
|---|---|
| PRINCIPAL AMOUNT | 45,500.00 |
| INTEREST | |
| COMMISSION | 199.60 |
| STATE TAX | |
| MISCELLANEOUS CHARGES | |
| SEC FEE / POSTAGE | 1.52 |
| SETTLEMENT AMOUNT | 45,298.88 |

SAMUEL G CHIA
1901 VALLEJO ST.
SAN FRANCISCO    CA 94123

FIDELITY BROKERAGE SERVICES, INC
455 MARKET STREET
STE. 100
SAN FRANCISCO, CA    94105

TELEPHONE NUMBER: (800) 544-6565

FIDELITY BROKERAGE SERVICES, INC.
MEMBER NYSE/SIPC
ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES CORPORATION

EXH 2T