TE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY                                                     PETE WILSON, Governor

PARTMENT OF CORPORATIONS
San Francisco, California
ptember 21, 1998



IN REPLY REFER TO:
FILE NO: **Alpha**

Samuel Chia
2450 Lake Street, #2
San Francisco, CA 94121

Re: John Dennis Shied (CRD#2245476)

Dear Mr. Chia:

The purpose of this letter is to confirm that Mr. John Dennis Shied (CRD#2245476) was not licensed as a securities broker-dealer or reported as an agent of a securities broker-dealer at anytime during calendar year 1992 in the state of California.

I hope this information is helpful.

Sincerely,

Donald A. Osterman
Senior Examiner
Securities Regulation Division
(415) 557-1556

/s/

Exh 22

Mr. Samuel G. Chia
September 16, 1998
Page Three

STEEFEL
LEVITT
& WEISS

A PROFESSIONAL CORPORATION

### REQUEST NO. 3:

"Respondent's Jul 2 92 inventory in connection with Myland Lab Inc. The production of this document must correspond with the other source(s) e.g. American Stock Exchange Trust Company."

### RESPONSE TO REQUEST NO. 3:

Fidelity objects to this request on the ground it is vague, ambiguous and unintelligible.

### REQUEST NO. 4:

"Fidelity's Aug. 10, 1992 inventory in connection with Myland Lab Inc. The production of this document must also correspond with other source(s) e.g. American Stock Exchange Trust Company and etc."

### RESPONSE TO REQUEST NO. 4:

Fidelity objects to this request on the ground it is vague, ambiguous and unintelligible.

## REQUESTS FOR ADMISSION

### REQUEST NO. a:

"Did Fidelity hire any unregistered broker(s) to conduct trade(s) with its California investor in this subject dispute?"

### RESPONSE TO REQUEST NO. a:

Fidelity objects to this request on the ground it is vague, ambiguous and overbroad and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving this objection, including the General Objections, and based on its understanding of the request, Fidelity responds as follows:

No.

Exh. 23

STATE OF CALIFORNIA -- BUSINESS, TRANSPORTATION AND HOUSING AGENCY          PETE WILSON, Governor

# DEPARTMENT OF CORPORATIONS
SACRAMENTO, CALIFORNIA



IN REPLY REFER TO:
FILE NO: ALPHA

July 27, 1998

Mr. Samuel Chia
2450 Lake Street
San Francisco CA  94121

Re:  SCHEID, JOHN

Dear Mr. Chia:

This is in reference to your request for CRD information concerning the above subject(s).

The Department of Corporations, State of California has access to all broker-dealer and agent records maintained by the National Association of Securities Dealers (NASD) through the Central Registration Depository (CRD) located in Rockville, Maryland. Accordingly, we cannot attest to the accuracy or validity of the information.

The CRD records were reviewed by our staff. The requested information that was found during our review is attached.

Very truly yours,

Laura Sideco
Program Assistant
(916) 327-0307
(916) 445-7193 (Fax)
lsideco@corp.ca.gov (email)

LOS ANGELES 90010-3001          SACRAMENTO 95814-2725     SAN DIEGO 92101-3697      SAN FRANCISCO 94102-5303
3700 WILSHIRE BOULEVARD         980 NINTH STREET          1350 FRONT STREET         1390 MARKET STREET
(213) 736-2741                  (916) 445-7205            (619) 525-4233            (415) 557-3787

Exh 24

```
y
CRD 2245476 - SCHEID, JOHN DENNIS
          - Born on 6/14/55

What would you like to do now?
->st
CRD 2245476 - SCHEID, JOHN DENNIS
          - Born on 6/14/55

CE STATUS: ** INACTIVE **; PREVIOUSLY INACTIVE

Broker (07784) 06/93-03/96    FIDELITY BROKERAGE SERVICES, INC.
  CA  -AG 07/23/93 Termed on      03/27/96
  NASD-GS 07/08/93 Termed on      03/27/96

Broker (00250) 02/92-06/93    EDWARD D. JONES & CO.
  NASD-GS 06/12/92 Termed on      06/04/93

What would you like to do now?
->di
CRD 2245476 - SCHEID, JOHN DENNIS
          - Born on 6/14/55

No Disciplinary Records

What would you like to do now?
->em
CRD 2245476 - SCHEID, JOHN DENNIS
          - Born on 6/14/55

  6/93- 3/96- FIDELITY BROKERAGE SERVICES, INC. (#7784)
  3/93- Date- UTAH NATIONAL GUARD
  2/92- 6/93- EDWARD D. JONES & CO. (#250)
  1/89- 9/92- US ARMY
 12/87-12/88- US ARMY
  3/87-11/87- US ARMY
  5/84- 3/87- US ARMY
  4/84- 5/84- US ARMY
  4/83- 3/84- US ARMY
  1/83- 4/83- US ARMY
  9/81-12/82- UTAH STATE UNIV. POLICE DEPT
  9/80-12/83- US ARMY RESERVE

Do you want to see employment detail?
->n
CRD 2245476 - SCHEID, JOHN DENNIS
          - Born on 6/14/55

What would you like to do now?
->ex
CRD 2245476 - SCHEID, JOHN DENNIS
          - Born on 6/14/55

Exam - S63    - On 6/30/92, obtained a grade of P, with a score of 86
E    - S7     - On 6/10/92, obtained a grade of P, with a score of 84

->
CRD 2245476 - SCHEID, JOHN DENNIS
          - Born on 6/14/55
```

Exh. 24


**Fidelity Investments®**
**Discount Brokerage**

| CUSTOMER NO. | BROKERAGE NO. | | CUSIP | NET AMOUNT |
|---|---|---|---|---|
| | X04-022772 | 3 | 628530107 | 22,087.59 |
| | | | SETTLEMENT DATE | DTC |
| | MYLAN LABS INC | | 09-03-92 | 243 |

SAMUEL G CHIA　　　　　　　　　　　FIDELITY BROKERAGE SERVICES INC
1901 VALLEJO ST.　　　　　　　　　　PO BOX 945
SAN FRANCISCO　　　　CA 94123　　　BOSTON　　　　　　MA 02103

099 0504022772  31  000

PLEASE RETURN THIS TOP PORTION WITH SECURITIES SOLD
OR PAYMENT IN THE AMOUNT DUE BY SETTLEMENT DATE

| CUSTOMER NO. | BROKERAGE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | TRANS NO. | CUSIP NO. | EXC | ORIG. |
|---|---|---|---|---|---|---|---|---|---|
| | X04-022772 | 3 | SUZ | 08-27-92 | 09-03-92 | 000509 | 628530107 | 6 | 1 |

YOU BOUGHT　　　　900　　　AT　　24 3/8

SYMBOL: MYL

SECURITY
DESCRIPTION

MYLAN LABS INC SHORT COVER
MARGIN B-IN

| | |
|---|---|
| PRINCIPAL AMOUNT | 21,937.50 |
| INTEREST | |
| COMMISSION | 150.09 |
| STATE TAX | |
| MISCELLANEOUS CHARGES | |
| SEC FEE / POSTAGE | |
| SETTLEMENT AMOUNT | 22,087.59 |

SAMUEL G CHIA　　　　　　　　　　　FIDELITY BROKERAGE SERVICES, INC
1901 VALLEJO ST.　　　　　　　　　　455 MARKET STREET
SAN FRANCISCO　　　　CA 94123　　　STE. 100
　　　　　　　　　　　　　　　　　　SAN FRANCISCO, CA 94105

TELEPHONE NUMBER: (800) 544-6565

FIDELITY BROKERAGE SERVICES, INC.
MEMBER NYSE/SIPC
ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES CORPORATION

Exh 25