

| CUSTOMER NO. | BROKERAGE NO. | E | CUSIP | NET AMOUNT |
|---|---|---|---|---|
| | X04-022772 | 3 | 628530107 | 21,535.72 |
| | | | | SETTLEMENT DATE  DTC |
| | MYLAN LABS INC | | | 12-15-92  243 |

SAMUEL G CHIA
1901 VALLEJO ST
SAN FRANCISCO        CA 94123

FIDELITY BROKERAGE SERVICES INC
PO BOX 945
BOSTON                 MA 02103

099 0504022772  31  000

PLEASE RETURN THIS TOP PORTION WITH SECURITIES SOLD
OR PAYMENT IN THE AMOUNT DUE BY SETTLEMENT DATE

| CUSTOMER NO. | BROKERAGE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | TRANS NO. | CUSIP NO. | EXC | ORI |
|---|---|---|---|---|---|---|---|---|---|
| | X04-022772 | 3 | SUZ | 12-08-92 | 12-15-92 | 001130 | 628530107 | 8 | 1 |

YOU BOUGHT        725        AT        29 1/2

SECURITY             SYMBOL: MYL
DESCRIPTION

MYLAN LABS INC SHORT COVER

| | |
|---|---|
| PRINCIPAL AMOUNT | 21,387.50 |
| INTEREST | |
| COMMISSION | 148.22 |
| STATE TAX. | |
| MISCELLANEOUS CHARGES | |
| SEC FEE / POSTAGE | |
| SETTLEMENT AMOUNT | 21,535.72 |

SAMUEL G CHIA
1901 VALLEJO ST
SAN FRANCISCO        CA 94123

FIDELITY BROKERAGE SERVICES, INC
455 MARKET STREET
STE. 100
SAN FRANCISCO, CA  94105

TELEPHONE NUMBER: (800) 544-6565

FIDELITY BROKERAGE SERVICES, INC.
MEMBER NYSE/SIPC
ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES CORPORATION

Exh 26



| CUSTOMER NO. | BROKERAGE NO. | TYPE | SIP | NET AMOUNT |
|---|---|---|---|---|
| | X04-022772 | | 628530107 | 83,965.34 |

MYLAN LABS INC

SETTLEMENT DATE: 02-12-93    DTC 243

SAMUEL G CHIA
1901 VALLEJO ST
SAN FRANCISCO           CA 94123

FIDELITY BROKERAGE SERVICES INC
PO BOX 945
BOSTON                    MA 02103

099 0504022772 31 000

PLEASE RETURN THIS TOP PORTION WITH SECURITIES SOLD
OR PAYMENT IN THE AMOUNT DUE BY SETTLEMENT DATE

| CUSTOMER NO. | BROKERAGE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | TRANS NO. | CUSIP NO. | EXC | ORIG. |
|---|---|---|---|---|---|---|---|---|---|
| | X04-022772 | 3 | DJK | 02-05-93 | 02-12-93 | 001582 | 628530107 | 8 | 1 |

YOU BOUGHT       2,375       AT       35 1/4

SECURITY            SYMBOL: MYL
DESCRIPTION

MYLAN LABS INC SHORT COVER
REF/DJK/DCTS

| | |
|---|---|
| PRINCIPAL AMOUNT | 83,718.75 |
| INTEREST | |
| COMMISSION | 246.59 |
| STATE TAX | |
| MISCELLANEOUS CHARGES | |
| SEC FEE / POSTAGE | |
| SETTLEMENT AMOUNT | 83,965.34 |

SAMUEL G CHIA
1901 VALLEJO ST
SAN FRANCISCO           CA 94123

FIDELITY BROKERAGE SERVICES, INC
455 MARKET STREET
STE. 100
SAN FRANCISCO, CA 94105

TELEPHONE NUMBER: (800) 544-6565

FIDELITY BROKERAGE SERVICES, INC.
MEMBER NYSE/SIPC
ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES CORPORATION

Exh. 27

United States District Court
For The District of Columbia

Samuel G. Chia
       Plaintiff     Case No.1:05CV01114  JR
  v.
Fidelity Investment aka
Fidelity Brokerage Services   Order
       Defendants


   Plaintiff Samuel G. Chia's motion to vacate and reverse the void NASD dismissal and its void affirmances for a judgment has regularly come up for decision today before this court, his documents being reviewed when defendant Fidelity Investment aka Fidelity Brokerage Services is being estopped for its pre-inconsistent motion violating California limitations not eligible to defend this complaint. Good cause appearing that plaintiff has substantially proven his damages in defendant's RICO activities in the past thirteen (13) years. It is hereby ordered to grant the motion vacating and reversing all the void decisions basis for FRCP §60 (b)(4) and FRCP §60 (b)(1-3) and (6) respectively.

   It is so ordered.


Date:   2005        District Judge

United States District Court
For The District Of Columbia

Samuel G. Chia
      Plaintiff

v.                                       Case No. 1:05CV01114 JR

Fidelity Investment aka            Judgment

Fidelity Brokerage Services
      Defendants

  The above entitled action came on for decision by motion in this court basis plainly on the documents plaintiff submitted with no oral argument as defendant Fidelity Investment was estopped for its previous inconsistent motion breaching its contract not eligible to defend this suit.

  It is the judgment of this court that plaintiff recovers from defendant Fidelity Investment aka Fidelity Brokerage Services

  1. RICO damages in treble $127,812.00.

  2. The sum of $150,000.00 for plaintiff's mental injury damage.

  3. The sum of $150,000.00. punitive damages for defendant's malice.

  4. The sum of $1,600 for the costs.

Dated        2005

                                                      Columbia District Judge