Table of authorities cited

Cases                                                                 Page No

A T & T Technologies v. Communications Workers of America
475 U S 643 89 L Ed 2d 648 106 S. Ct 1415 (1986)                      3,5,6

Gerner v. Los Angeles City Bd of Educ (1963) 9( Cal 2d 382
396 29 Cal Rptr 657 380 P. 2d 97                                       3

McGuinness v. Cotter, 412 Mass. 617 622 (1992)                         4

April Enterprises v. KTTV 147 Cal App 3d 805 826 (1983)                4

McMee v. Weiberg, 97 Cal App. 3d 798 (1979)                            4

Robuck v. Dean Witter & Co Inc. 649 F2d 641 644(9th Cir                5
1980).

Miller v. Prudential Bache 884 F2d 128 (4th Cir 1989)                  5

Bros Incorporated v. W.E. Grace Co 351 F2d 208 95th Cir 1965           5

Edward D. Jones v. Sorrells 957 F 2d 509 510 514                       6,8

Dean Witter Reynolds v. McCoy 955 F2d 649                              6,8

The Ohio Co v. Nemecek 98 F3d 234                                      6

Paine Webber v. Hofmann 984 F2d 1372 1373                              6,8

F.D.I.C. v. Aaronian 93 F3d 638 639 (1996 9th Cir)                     7

Morris ex rel Re v. Peterson, 759 F2d 809 811 (10th Cir 1985)          7

Indian Head Nat. Bk of Nashua v. Bronelle, 689 F2d 245 249
(1st Cir 1982)                                                         7

Convington Indus Inc v. Resintex A.G. 629 F2d 730 733 (2nd Cir 1980)   7

Harber Macleod Solicitors v. Keaty & Keaty 260 F3d 389(5th Cir
2001)                                                                  7,9

American Nat Bk & Trust Co. of Chicago v. Taussig, C.A.Ill 1958
255 F2d 765.                                                           7

Mildred A. McLearn V. Cowen & Co & Merrill Lynch Pierce Fenner &
Smith Co 666 F2d 845 (2nd Cir)                                         7

Tyra v. Board of Police & Fire Pension Commisner of City of Long
Beach 32 C. 2d 166 197 P. 2d 710                                       8

Adams v. Calif Mut.B & L. Assn. 18 C.(2d)487                           8

Inc. Corp of Ireland Ltd v. Compgnie des Banxites de Guinee 456
U.S. 649 706 102 S Ct 2099 2106 72 L. Ed 2d 492 (1982)                 9

Parkland Hosiery Co. v. Shore 439 U S 322 326 99 S. Ct 645 649
58 L Ed 552 (1979)                                                     9

American Fire & Casualty Co v. Finn 341 U S 6, 17-18 71 S. Ct
534 541 542 95 L. Ed 702 (1951)                                        10

Clerk v. Paul Greg Inc, 306 U S 583 S Ct 744 83 Ed 1001(1939)          10

Black v. Shearson Hammill 266 C.A. 2d 362 72 Cal Rptr 157              13

Statutes/Rules: 28 U.S.C.§60 (b)(1-4), 18 u.s.c. §1963, 9 U.S.C.§1 et seq.

NASD Code 10304(time limit), Code of Civ. Proc of Calif.338 (d).

Mass Gen Laws ch 260§2A. 28 U.S.C.A. Const Amend 5 Due Process phrase.