United States District Court

For The District of Columbia


Samuel G. Chia

        Plaintiff

   v.

Fidelity Brokerage Services,Inc.

        Defendants

Case No.1:05CV01114 JR


Amended affidavit of service

I Ngan Yeng Chan hereby declare that on the 7th of Jul 2005, I mailed a copy of summons, complaint and a set of motion documents certified mail return receipt requested, to Fidelity Brokerage Services,Inc's agent for service of process C T Corporation System 81? W. 7th Street Los Angeles CA 90017 pending its return green card.          e 12th of Jul,2005 an other complete set of similar documents was mailed by 1st class mail to its head office 82 Devonshire St Mailzone F7D Boston, MA 02109.


32213 Chechester Dr.

Union City CA94587

alifornia Secretary of State - California Business Search - Corporal...    http://kepler.ss.ca.gov/corpdata/...

# California Business Portal

Secretary of State BRUCE McPHERSON

CA BUSINESS PORTAL

**Business Search Corporations**

Printer Friendly Page

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

Corporate Records Order Form
   Certificates
   Copies
   Status Printouts

FAQS

Corporations Main Page

Site Search

## Corporations

The information displayed here is current as of "JUN 24, 2005" and is updated weekly. It is not a complete or certified record of the Corporation.

## Corporation

FIDELITY BROKERAGE SERVICES, INC.

**Number:** C0963356  **Date Filed:** 10/2/1979  **Status:** surrender

**Jurisdiction:** MASSACHUSETTS

### Address

82 DEVONSHIRE ST

MAILZONE F7D

BOSTON, MA 02109

### Agent for Service of Process

C T CORPORATION SYSTEM

818 WEST SEVENTH STREET

LOS ANGELES, CA 90017

Printer Friendly

New Search

- For information about certification of corporate records or for additional corporate information, please refer to Corporate Records.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.

1 of 1

7/3/2005 5:26 P