**CT** CORPORATION

July 12, 2005

Samuel G. Chia
2450 Lake Street #2,
San Francisco, CA 94121

Re: Samuel G. Chia, Pltf. vs. Fidelity Brokerage Services, Inc., Dft.
Case No. 105CV01114JR

Dear Sir/Madam:

We are herewith returning the Summons, First Amended Complaint, Attachments which we received regarding the above captioned matter.

Fidelity Brokerage Services, Inc withdrew to do business in the State of CA on 12/31/2001. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,


Gladys Aguilera
Process Specialist

Log# 510369822

cc: Columbia District, United States District Court
    333 Constitution Ave, N.W.,
    Washington, DC 20001

cc: New York SOP Support

818 West Seventh Street
2nd Floor
Los Angeles, CA 90017
Tel. 213 627 8252
Fax 213 614 1876

A WoltersKluwer Company