# EXHIBIT 1

AWARD
NASD REGULATION, INC

In the matter of the Arbitration Between

Name of Claimant(s)

Samuel G. Chia

                    v.                                                          Arbitration No.
                                                                                98-02028

Name of Respondent(s)

Fidelity Brokerage Services

REPRESENTATION

For Claimant:      Samuel G. Chia
                   San Francisco, California

For Respondent:    Michael J. Lawson, Esq.
                   Sean M. Fischer, Esq.
                   Steefel, Levitt & Weiss
                   San Francisco, California

CASE INFORMATION

Statement of Claim filed: June 2, 1998

Claimant's Submission Agreement signed:   May 21, 1998

Statement of Answer filed: August 6, 1998

Respondent's Submission Agreement signed: August 6, 1998

HEARING INFORMATION

Pre-hearing telephone conferences were held as follows:

October 26, 1998    -    1 session (full panel)
November 20, 1998    -    1 session (Chair only)

A motions hearing was held in San Francisco, California, on December 14, 1998, and lasted one session.

## CASE SUMMARY

Claimant alleged fraud, misrepresentation and breach of fiduciary duty arising out of his short sale in July 1992 of 1000 shares of Mylan common stock and his subsequent efforts to repurchase the shares necessary to cover the short sale. Claimant also alleged that Respondent had employed unlicensed brokers in 1992.

Respondent denied the allegations of wrongdoing, and stated that Claimant followed a pattern of selling short on margin, and that Claimant's losses were the result of the shorted stock's price rise, as well as a 2-for-1 stock split, rather than any wrongful actions on its part. Respondent further stated that it had never employed unlicensed brokers. Respondent asserted that all Claimant's claims were barred by the applicable statutes of limitations.

## RELIEF REQUESTED

Claimant requested damages of $129,588.65, plus punitive damages of $259,173.30.

Respondent requested dismissal of all claims.

## AWARD

At the December 12, 1998, motions hearing, the panel heard oral argument on Claimant's Motion for Summary Award and on Respondent's Motion to Dismiss pursuant to the applicable statutes of limitations.

After considering the pleadings, the briefs and the oral arguments of the parties, the arbitrators made the following determinations:

1. Claimant's Motion for Summary Award is denied.

2. Respondent's Motion to Dismiss is granted.

## FORUM FEES

Pursuant to Section 10332 of the Code of Arbitration Procedure, the NASDR shall retain Claimant's $200.00 non-refundable filing fee as well as Respondent's $1,500.00 member surcharge.

Forum fees are assessed as follows:

Total fees

| | |
|---|---|
| 1 pre-hearing telephone conference @ $300/session | $ 300.00 |
| 1 pre-hearing telephone conference @ $750/session | $ 750.00 |
| 1 hearing session @ $750/session | $ 750.00 |
| | $ 1,800.00 |

| | | |
|---|---|---|
| Claimant's one-half share | | $ 900.00 |
| Credit for deposit | | ($ 750.00) |
| | Balance due: | $ 150.00 |

| | |
|---|---|
| Respondent's one-half share | $ 900.00 |

Fees are payable to the National Association of Securities Dealers Regulation, Inc.

Concurring Arbitrators Signatures:                                    Public/Industry

_____                                    Public
Beverly E. Narayan
Presiding Chairperson

_____                                    Public
Sterling N. Frost

_____                                    Industry
Juleanne A. Thiebaut

## FORUM FEES

Pursuant to Section 10332 of the Code of Arbitration Procedure, the NASDR shall retain Claimant's $200.00 non-refundable filing fee as well as Respondent's $1,500.00 member surcharge.

Forum fees are assessed as follows:

Total fees

| | |
|---|---|
| 1 pre-hearing telephone conference @ $300/session | $ 300.00 |
| 1 pre-hearing telephone conference @ $750/session | $ 750.00 |
| 1 hearing session @ $750/session | $ 750.00 |
| | $ 1,800.00 |

| | | |
|---|---|---|
| Claimant's one-half share | | $ 900.00 |
| Credit for deposit | | ($ 750.00) |
| | Balance due: | $ 150.00 |

| | |
|---|---|
| Respondent's one-half share | $ 900.00 |

Fees are payable to the National Association of Securities Dealers Regulation, Inc.

Concurring Arbitrators Signatures:                                    Public/Industry

_____                                        Public
Beverly E. Narayan
Presiding Chairperson

_____ 12/16/98                               Public
Sterling A. Frost

_____                                        Industry
Juleanne A. Thiebaut

## FORUM FEES

Pursuant to Section 10332 of the Code of Arbitration Procedure, the NASDR shall retain Claimant's $200.00 non-refundable filing fee as well as Respondent's $1,500.00 member surcharge.

Forum fees are assessed as follows:

Total fees

| | |
|---|---|
| 1 pre-hearing telephone conference @ $300/session | $   300.00 |
| 1 pre-hearing telephone conference @ $750/session | $   750.00 |
| 1 hearing session @ $750/session | $   750.00 |
| | $ 1,800.00 |

| | | |
|---|---|---|
| Claimant's one-half share | | $   900.00 |
| Credit for deposit | | ($   750.00) |
| | Balance due: | $   150.00 |

| | |
|---|---|
| Respondent's one-half share | $   900.00 |

Fees are payable to the National Association of Securities Dealers Regulation, Inc.

Concurring Arbitrators Signatures:                                              Public/Industry

_____                                              Public
Beverly E. Narayan
Presiding Chairperson

_____                                              Public
Sterling N. Frost

_____  12/16/98                                    Industry
Juleanne A. Thiebaut