# EXHIBIT 4

UNITED STATES COURT OF APPEALS **FILED**

FOR THE NINTH CIRCUIT

APR - 2 2001

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMUEL G. CHIA,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>FIDELITY BROKERAGE SERVICES,<br><br>    Defendant-Appellee. | No. 99-17138<br><br>DC# CV-99-00027-VRW<br>Northern California<br>(San Francisco)<br><br>ORDER |

Before:     LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

Appellant's petition for panel rehearing is denied.

No further filings shall be accepted in this closed appeal.

S:\RESEARCH\Pfr.memos\99-17138.wpd

Ex 8