IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL G. CHIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01114 - JR |
| ) | |
| FIDELITY INVESTMENTS ) | |
| INSTITUTIONAL SERVICES CO, INC. ) | |
| a/k/a FIDELITY BROKERAGE ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendant ) | |

## ORDER

AND NOW, this ____ day of August, 2005, upon consideration of Fidelity Investments ("Fidelity") Motion to Dismiss with prejudice Plaintiff Samuel G. Chia's "First amended complaint for damages," Plaintiff's opposition thereto and the entire record herein, it is hereby ORDERED that Fidelity's Motion to Dismiss is **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(6). This matter has been fully litigated by federal courts of competent jurisdiction and it is, therefore, barred by the doctrine of res judicata.

Accordingly, it is hereby ORDERED that Plaintiff's Amended Complaint is dismissed with prejudice. Plaintiff is instructed that no further filings shall be accepted in this closed case,

and that any attempt to re-file this claim will result in sanctions pursuant to Fed. R. Civ. P. 11.

    SO ORDERED.

BY THE COURT:

_____<br>
James Robertson<br>
United States District Court Judge

cc:

Amy J. Conway  
Patrick D. Conner  
MORGAN, LEWIS & BOCKIUS LLP  
1111 Pennsylvania Avenue, NW  
Washington, DC 20004  
202.739.5953  
202.739.3001 (fax)

Attorneys for Defendant  
FIDELITY INVESTMENTS INSTITUTIONAL SERVICES, INC.

Samuel G. Chia  
2450 Lake Street #2  
San Francisco, CA 94121

Plaintiff *pro se*