# EXHIBIT 5

 

[ Print Page ]

# General Docket
## US Court of Appeals for the Ninth Circuit

```
Court of Appeals Docket #: 99-17138                          Filed: 10/7/99
Nsuit: 3470 RICO (Fed)
Chia v. Fidelity
Appeal from: Northern District of California (San Francisco)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
     1) civil
     2) private
     3) (null)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0971-3 : CV-99-00027-VRW
     presiding judge: Vaughn R. Walker, District Judge
     Date Filed: 1/6/99
     Date order/judgment: 7/26/99
     Date NOA filed: 8/25/99
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    92-16146    ATG    DWN    SR
    Date filed: 7/7/92    Date disposed: 9/21/92   Disposition: jurdef/jdg
    92-16248    JCW    JF     MB
    Date filed: 7/16/92   Date disposed: 4/2/93    Disposition: af/mem
    94-15053    null   null   null
    Date filed: 1/11/94   Date disposed: 4/18/94   Disposition: 42-1/stf
    94-17100    ALA    FFF    PAR
    Date filed: 12/2/94   Date disposed: 8/22/95   Disposition: af/mem
    94-70573    JCW    ATG    WAN
    Date filed: 9/15/94   Date disposed: 11/4/94   Disposition: trf/jdg
    95-15906    ALA    CHH    MB
    Date filed: 5/17/95   Date disposed: 1/26/96   Disposition: af/jdg

Current cases:
    None

Docket as of November 26, 2004 11:15 pm           Page 1




99-17138 Chia v. Fidelity

SAMUEL G. CHIA                       Samuel G. Chia
     Plaintiff - Appellant           [NTC prs]
                                     2450 Lake St.
                                     #2
```

```
                              San Francisco, CA 94121
   v.

FIDELITY BROKERAGE SERVICES     Michael J. Lawson, Esq.
     Defendant - Appellee       415/788-0900
                                [COR LD NTC ret]
                                STEEFEL, LEVITT & WEISS
                                One Embarcadero Center
                                30th Floor
                                San Francisco, CA 94111

                                Sean M. Fischer
                                415-788-0900
                                [COR LD NTC ret]
                                STEEFEL LEVITT & WEISS
                                One Embarcadero Center
                                30th Floor
                                San Francisco, CA 94111
```

Docket as of November 26, 2004 11:15 pm            Page 2

---

99-17138 Chia v. Fidelity

SAMUEL G. CHIA

         Plaintiff - Appellant

   v.

FIDELITY BROKERAGE SERVICES

         Defendant - Appellee

Docket as of November 26, 2004 11:15 pm            Page 3

---

99-17138 Chia v. Fidelity

| Date | Entry |
|---|---|
| 10/7/99 | DOCKETED CAUSE AND ENTERED APPEARANCES OF APPELLANT IN PRO PER AND COUNSEL FOR THE APPELLEE. CADS SENT (Y/N): n. setting schedule as follows: appellant's opening brief is due 11/16/99; appellees' brief is due 12/16/99; appellants' reply brief is due 1/3/99. [99-17138] (cha) |
| 10/7/99 | Filed certificate of record on appeal RT filed in DC N/T [99-17138] (cha) |
| 10/29/99 | Filed Appellant Samuel G. Chia's motion for time ext to file his brief; served on 10/29/99 (work in progress/PROMO) [3785396] [99-17138] (hh) |
| 11/16/99 | Filed order PROMO (Deputy Clerk: tah) The aplt's motion for an ext of time in which to file the opening brief is |

|  |  |
|---|---|
|  | GRANTED. The opening brief is due 12/16/99. The answering brief is due 1/18/00. The optional reply brief is due 14 days from service of the ans brf... [99-17138] (hh) |
| 12/21/99 | Filed PROMO motion and deputy clerk order :(Deputy Clerk: cb) Aplt's second letter motion for an ext of time to file the opening brief is GRANTED. The briefing schedule is as follows: the opening brief and excerpts of record are due 12/23/99, the answering brief is due 1/24/00, and the optional reply brief is due 14 days from service of the ans brf. Aplt is reminded that he may elect to file a pro se form brief. 9th Cir.R. 28-1(b). (Motion recvd 12/15/99) [99-17138] (hh) |
| 12/23/99 | Filed original and 15 copies Appellant Samuel G. Chia opening brief ( Informal: y) 10 pages and five excerpts of record in 1 vol.; served on 12/23/99 [99-17138] (hh) |
| 1/24/00 | Received original and 4 copies aple Fidelity Brokerage's brief of 21 pages, and 5 suppl. excerpts in 1 vol.; served on 1/24/00 (deficient: insufficient copies) Notified counsel. [99-17138] (hh) |
| 1/28/00 | Received Appellee Fidelity satisfaction of (minor) brief deficiency (11 add'l copies of brief). [99-17138] (hh) |
| 1/28/00 | Filed original and 15 copies appellee Fidelity's 21 pages brief, and 5 suppl. excerpts in 1 vol.; served on 1/24/00 [99-17138] (hh) |
| 2/7/00 | Filed original and 15 copies Samuel G. Chia reply brief, ( Informal: y ) 7 pages, and 5 suppl. excerpts in 1 vol.; served on 2/7/00 [99-17138] (hh) |
| 2/25/00 | Calendar check performed [99-17138] (th) |
| 3/10/00 | Screening letter sent. [99-17138] (th) |

Docket as of November 26, 2004 11:15 pm                Page 4

---

99-17138 Chia v. Fidelity

| | |
|---|---|
| 10/24/00 | FILED CERTIFIED RECORD ON APPEAL: 1 CLERK'S RECORD AND 1 EXPANDO OF DOCUMENTS.(ORIGINAL) [99-17138] (sd) |
| 2/12/01 | SUBMITTED TO SCREENING PANEL 324. ( Oral) [99-17138] [99-17138] (th) |
| 2/21/01 | FILED MEMORANDUM: AFFIRMED. We deny Fidelity's request to strike portions of the record. ( Terminated on the Merits after Submission Without Oral Hearing; Affirmed; Written, Unsigned, Unpublished. Edward LEAVY, Sidney R. THOMAS, Johnnie B. RAWLINSON ) FILED AND ENTERED JUDGMENT. [99-17138] (hh) |
| 3/7/01 | [4112927] Filed original and 3 copies Appellant Samuel G. |

|          |                                                                                                                                                                                                              |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | Chia petition for rehearing, 3 p.pages, served on 3/7/01 (to STAFF) [99-17138] (hh)                                                                                                                          |
| 3/20/01  | Received letter from pro se dated 3/13/01 re: Panel ruling (see ltr for full text). (to STAFF) (hh)                                                                                                          |
| 4/2/01   | Filed order ( Edward LEAVY, Sidney R. THOMAS, Johnnie B. RAWLINSON, ): Aplt's petition for panel rehearing is DENIED. No further filings shall be accepted in this closed appeal. [99-17138] (hh)            |
| 4/10/01  | MANDATE ISSUED [99-17138] (hh)                                                                                                                                                                               |
| 6/14/01  | Received Appellant Samuel G. Chia's motion to recall mandate and reopen the case; dated 6/14/01 [4189726] (returned to aplt -- see 4/2/01 order) [99-17138] [99-17138] (hh)                                   |
| 6/20/01  | Received Appellant Samuel G. Chia's "emergency motion to recall the mandate; to reopen case"; served on 6/19/01 [4195411] (returned to aplt - see 4/2/01 court order) [99-17138] [99-17138] (hh)              |
| 6/22/01  | Received letter from pro se, dated 6/21/01 re: redecide the case. (returned to aplt - see 4/2/01 court order). (hh)                                                                                          |
| 7/18/01  | Received notice from Supreme Court: petition for certiorari filed  Supreme Court No. 01-5277  filed on 7/2/01. [99-17138] (hh)                                                                               |
| 8/13/01  | Received Appellant Samuel G. Chia's "motion for judgment reformation basis for district court recommendation pursuant to FRCP 60(b)(3)," dated 8/11/01 [4232048] (returned to aplt - see 4/2/01 order) [99-17138] [99-17138] (hh) |
| 10/9/01  | Filed Supreme Court order, certiorari denied on 10/1/01. Supreme Court No. 01-5277 [99-17138] (hh)                                                                                                           |

Docket as of November 26, 2004 11:15 pm                        Page 5

---

99-17138 Chia v. Fidelity

|           |                                                                                                                                                                                    |
|-----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 12/11/01  | Received letter from pro se re: "mistake on 99-17138." (returned to aplt - see 4/2/01 order) (hh)                                                                                  |
| 4/10/02   | RECORD RETURNED. (See control card for details.) (jk)                                                                                                                              |
| 11/17/04  | Received Appellant Samuel G. Chia's motion to recall the mandate and void decision; served on 11/17/04 (CASEFILE - no further filings - see court's 4/2/01 order) [5241010] [99-17138] [99-17138] (ru) |
| 11/19/04  | Received from appellant Chia: "Appellant's supplemental exhibits". (CASEFILE - case closed, no further filings) [99-17138] (ru)                                                    |

Docket as of November 26, 2004 11:15 pm   Page 6

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/08/2005 07:09:10 | | | |
| PACER Login: | ml0021 | Client Code: | |
| Description: | dkt report | Case Number: | 99-17138 |
| Billable Pages: | 6 | Cost: | 0.48 |