# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL G. CHIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIDELITY INVESTMENTS )<br>INSTITUTIONAL SERVICES CO, INC. )<br>a/k/a FIDELITY BROKERAGE )<br>SERVICES, INC. )<br>)<br>Defendant )<br>) | Civil Action No. 1:05CV01114 - JR |

## ORDER

AND NOW, this ____ day of August, 2005, upon consideration of Plaintiff Chia's Motion to Vacate and Reverse the Void Judgment Rendered by the California Federal Courts Affirming NASD Unauthorized Dismissal Pursuant to 28 U.S.C. § 60(b)(4)-(6) § 1963 [sic] and U.S.C.A. Const. Amend. 5 Due Process Clause [sic]" ("Motion to Vacate") and Fidelity Investments' ("Fidelity") Opposition thereto, the entire record herein, and for good cause shown, it is hereby ORDERED that Plaintiff Chia's Motion to Vacate is **DENIED**.

SO ORDERED.

BY THE COURT:

_____
James Robertson
United States District Court Judge

cc:

Amy J. Conway
Patrick D. Conner
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202.739.5953
202.739.3001 (fax)

Attorneys for Defendant
FIDELITY INVESTMENTS INSTITUTIONAL SERVICES, INC.

Samuel G. Chia
2450 Lake Street #2
San Francisco, CA 94121

Plaintiff *pro se*