IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL G. CHIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIDELITY INVESTMENTS )<br>INSTITUTIONAL SERVICES CO, INC. )<br>a/k/a FIDELITY BROKERAGE )<br>SERVICES, INC. )<br>)<br>Defendant ) | Civil Action No. 1:05CV01114 - JR |

**CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Fidelity Brokerage Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fidelity Brokerage Services, Inc. which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully Submitted,

_____
Amy J. Conway (D.C. Bar No. 443995)
Patrick D. Conner (D.C. Bar No. 472298) (seeking admission to this Court)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202.739.5953
202.739.3001 (fax)
Attorneys for Defendant
FIDELITY INVESTMENTS INSTITUTIONAL SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2005, a true and correct copy of the foregoing Fidelity's Certificate Required by Local Rule 7.1 of the Local Civil Rules of the United States District Court for the District of Columbia was served by first class mail on:

Samuel G. Chia
2450 Lake Street #2
San Francisco, CA 94121

Plaintiff *pro se*

Patrick D. Conner