## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL G. CHIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV01114 - JR |
| | ) | |
| FIDELITY INVESTMENTS | ) | |
| INSTITUTIONAL SERVICES CO, INC. | ) | |
| a/k/a FIDELITY BROKERAGE | ) | |
| SERVICES, INC. | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Having considered Fidelity's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Plaintiff's opposition thereto, and all related materials filed in connection therewith, and for good cause shown, it is

ORDERED that Fidelity's Motion to for Sanctions is hereby **GRANTED**, and sanctions imposed as follows:

1.  Plaintiff's "First amended complaint for damages" is hereby DISMISSED WITH PREJUDICE;

2.  Plaintiff shall make no more filings of any kind against Fidelity in this Court,

3.  Fidelity is hereby relieved from responding to any motions that Plaintiff files in this Court, and

4.  Plaintiff shall pay Fidelity for the reasonable costs and expenses that Fidelity has incurred in defending this frivolous action upon submission of proof of those costs by Fidelity.

5.   Plaintiff is instructed that no further filings shall be accepted in this closed case, and that

any attempt to re-file this claim will result in sanctions pursuant to Rule 11 of the Federal

Rules of Civil Procedure.


_____
James Robertson
United States District Court Judge


cc:

Amy J. Conway
Patrick D. Conner
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
202.739.5953
202.739.3001 (fax)

Attorneys for Defendant
FIDELITY INVESTMENTS INSTITUTIONAL SERVICES, INC.

Samuel G. Chia
2450 Lake Street #2
San Francisco, CA 94121

Plaintiff *pro se*