FILED

FEB 21 2001

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAMUEL G. CHIA,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>FIDELITY BROKERAGE SERVICES,<br><br>    Defendant-Appellee. | No. 99-17138<br><br>D.C. No. CV-99-00027-VRW<br><br>MEMORANDUM[1] |

Appeal from the United States District Court
for the Northern District of California
Vaughn R. Walker, District Judge, Presiding

Submitted February 12, 2001[2]

Before:   LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

Samuel G. Chia appeals pro se the district court's judgment declining to vacate the National Association of Securities Dealers' arbitration decision that dismissed as time-barred his claim alleging that Fidelity Brokerage Services

---

[1]   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36-3.

[2]   The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

defrauded him and breached its fiduciary duty in relation to a bad investment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's decision confirming an arbitration decision and denying vacatur. *See Employers Ins. of Wausau v. Nat'l Union Fire Ins. Co. of Pittsburgh*, 933 F.2d 1481, 1485 (9th Cir. 1991). We affirm.

Because Chia had actual or constructive knowledge of his claim in September 1992, his claim is time-barred. *See Robuck v. Dean Witter & Co.*, 649 F.2d 641, 644-45 (9th Cir. 1980). Chia's contentions regarding tolling, that a six-year statute of limitations applies, or that the arbitrators and district court exceeded their power lack merit.

We deny Fidelity's request to strike portions of the record.

**AFFIRMED.**