# EXHIBIT 4

UNITED STATES COURT OF APPEALS **FILED**

FOR THE NINTH CIRCUIT

APR - 2 2001

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMUEL G. CHIA, | No. 99-17138 |
| Plaintiff-Appellant, | DC# CV-99-00027-VRW |
| v. | Northern California |
| | (San Francisco) |
| FIDELITY BROKERAGE SERVICES, | ORDER |
| Defendant-Appellee. | |

Before:   LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

Appellant's petition for panel rehearing is denied.

No further filings shall be accepted in this closed appeal.

S:\RESEARCH\Pfr.memos\99-17138.wpd

Ex 8