# EXHIBIT 7

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

**Amy J. Conway**
202.739.5953
aconway@morganlewis.com

August 11, 2005

**VIA U.S. MAIL**

Samuel G. Chia
2450 Lake Street #2
San Francisco, CA 94121

   *Re:*  *Chia v. Fidelity Investments, Civil Action No. 1:05CV01114 - JR*

Dear Mr. Chia:

  Enclosed please find a copy of Fidelity's (1) Motion to Dismiss with Prejudice Plaintiff's Amended Complaint, (2) Opposition to Motion to Vacate and Reverse the Void Judgment Rendered by the California Federal Courts Affirming NASD Unauthorized Dismissal Pursuant to 28 U.S.C. § 60(b)(4)-(6) § 1963 and U.S.C.A. Const. Amend. 5 Due Process Clause, and (3) a Rule 7.1 Certificate of the Local Rules of the District of Columbia, all of which were filed today. In addition, we have enclosed a copy of the letter to Judge Robertson transmitting courtesy copies of the above, as required by the Court.

  Finally, and in accordance with Fed. R. Civ. P. 11(b)(1)(A), we are providing notice of Fidelity's intent to file the enclosed Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure, which seeks sanctions against you for refiling this fully adjudicated claim. Please be advised that in the event the Amended Complaint is not withdrawn within 21 days, Fidelity intends to file the above-listed motion and to seek sanctions against you including, but not limited to, reasonable costs and attorneys fees incurred by Fidelity in the above-captioned case.

        Very truly yours,

        Amy J. Conway