United States District Court
For The District Of Columbia

Samuel G. Chia   Plaintiff
v.
Fidelity Investments Institutional
Services Co.Inc. aka Fidelity
Brokerage Services,Inc.of State of
Mass.           Defendants

Case No. 1:05CV01114  JR

Judgment

The above entitled action came on for decision by motion in this court basis plainly on the documents plaintiff submitted with no oral argument as defendant Fidelity Investment was estopped for its previous inconsistent motion breaching its contract not eligible to defend this suit.

It is the judgment of this court that plaintiff recovers from defendant Fidelity Investments aka Fidelity Brokerage Services

1. RICO damages in treble $127,812.00.
2. The sum of $250,000.00 for plaintiff's mental injury damage.
3. The sum of $250,000.00. punitive damages for defendant's malice.
4. The sum of $1,600 for the costs.

Dated           2005

Columbia District Judge