United States District Court

For The District of Columbia

Samuel G. Chia
        Plaintiff
  v.
Fidelity Investments Institutional
Services Co, Inc aka Fidelity
Brokerage Services of Mass
        Defendant

Case No. 1:05CV01114JR

Plt's opposition to dft's threat to impose sanction motion

   Plaintiff hereby opposes dft's sanction threat with his reply, opposition as well as the relevant part of his summary motion to equitably estop dft barring all its documents including the sanction By no mean that all the void documents can be used for sanction purpose against the S. Ct order rendering no room for constitution for nonwhite ptf and this is only a sample case with similarity to Motorola and Lujan cases not within the scope for details herein, ptf earnestly prays that this court acts for the interest of justice barring all what dft unreasonably requests, meanwhile the court may consider to issue its order for dft attys to show cause why they should not be suspended/dismarred for fraud and unmoral professional conducts in court, if they really file such a motion with signature.

Date: Aug. 30 2005

Respectfully submitted

*Samuel G. Chia*
Samuel G. Chia

**RECEIVED**

SEP 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT