United States District Court

For The District Of Columbia

Samuel G. Chia
         Plaintiff

  v.

Fidelity Brokerage Services, Inc.

         Defendants

Case No.1:05CV01114JR

Affidavit of Service

I Ngan Y. Chan hereby declare that on the 12th of July 2005, I

served a copy of summons, complaint and a complete set of plaintiff

motion to vacate and reverse NASD void dismissal on case #98 02028

and its affirmances to defendant's head office 82 Devonshire St

Mailzone F7D Boston, MA 02109.

Jul 12, 2005

Ngan Y. Chan

32213 Chechester Dr

Union City CA 94587


FILED
SEPT 7 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

idelity Brokerage Services
1c.
'o C T Corporation system
18 W. 7th Street
os Angeles CA 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
D. Booker                           7-12-5

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

Article Number
Transfer from service la:    7004 2510 0006 8237 1338

Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

Exh 3