AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The District of Columbia

Samuel G. Chia

V.

Fidelity Investments aka

Fidelity Brokerage Services Inc. 82 Devonshire St Boston MA 02109

## SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV01114

JUDGE: JAMES ROBERTSON

DECK TYPE: Pro se General Civil

DATE STAMP: 06/3/2005

TO: (Name and address of Defendant) FIDELITY INVESTMENTS Institutional Services Co. Inc. aka Fidelity Brokerage Services, Inc. of Massachusetts, 82 Devonshire St Boston MA 02109 (Via C T Corporation System, 818 W. 7th St Los Angeles CA 90017.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

Samuel G. Chia

2450 Lake Street #2

San Francisco CA 94121

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUN 03 2005
DATE

(By) DEPUTY CLERK

United States District Court

For The District Of Columbia

Samuel G. Chia
Plaintiff

v.

Fidelity Investments Institutional Services Company, Inc. aka Fidelity Brokerage Services of Massachusetts
Defendants

Case No.1:05CV01114JR

Affidavit of Service

I Ngan Y. Chan hereby declare that on the 20th of Jul 2005, I mailed a copy of summons, complaint and a complete set of plaintiff motion to vacate and reverse NASD void dismissal on case #98 02028 and its affirmances to the above named defendants via thier agent for service of process the C T Corporation System 818 W. 7th St 2nd floor Los Angeles, CA 90017.

Jul 19, 2005

Ngan Y. Chan
32213 Chechester Dr.
Union City CA 94587

United States District Court
For The District Of Columbia

Samuel G. Chia
Plaintiff
v.
Fidelity Brokerage Services,Inc.
Defendants

Case No.1:05CV01114JR

## Affidavit of Service

I Ngan Y. Chan hereby declare that on the 12th of July 2005, I served a copy of summons, complaint and a complete set of plaintiff motion to vacate and reverse NASD void dismissal on case #98 02028 and its affirmances to defendant's head office 82 Devonshire St Mailzone F7D Boston, MA 02109.

Jul 12, 2005

Ngan Y. Chan
32213 Chechester Dr.
Union City CA 94587

Verification of correct and sufficient service

1. Ptf serving dft Fidelity Brokerage Services Inc.by mail on Jul 12, 2005 directly to 82 Devonshire Street Boston MA 02109 with summons, complaint and a complete set of motion documents was sufficient and valid covering the requirement of service as the major function of this old case lies in ptf's motion rather than dft's answer to complaint with correct address as given by Calif. State Secretary despite dft's agent C T Corporation System return of service on Jul 12, 2005 since dft exists in Boston MA.

2. Again ptf serving dft Fidelity Investments Institutional Services Company, Inc to its same agent C T Corporation System 818 W. 7th St. Los Angeles CA 90017 sharing the same address with Fidelity Brokerage Services in Boston MA showing that they are one corporation (Attachment 1 and 2) that the services are more than sufficient with full coverage.

3.There are many Fidelity Investments listed in local phone book (Attachment 3) inside and next to San Francisco with factitious shortened name, some of them admitted they have address 82 Devonsire St Boston MA meaning belonging to FBS above not withdrawing but expanding its business in Calif. contrary to its agent representation to avoid being complained for its RICO violations in the past, anyway ptf's service is sufficient and valid herein.

4. The court should bar dft's ex-representative law firm Steefel Levitt & Weiss to represent dft again in this court for constant fraud practices, an example is shown in ptf's Exh.5.

5. The Court should also estop dft in this case.

Ptf declares under penalty of perjury that all enclosures herein are true.

Submitted by

Samuel G. Chia

Samuel G. Chia pro se

Jul 23, 2005

California Business Portal

Secretary of State BRUCE McPHERSON

SECRETARY OF STATE | ELECTIONS & VOTER INFORMATION | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER PROGRAMS

**Business Search Corporations**

- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Corporate Records Order Form
  - Certificates
  - Copies
  - Status Printouts
- FAQS
- Corporations Main Page
- Site Search

# Corporations

The information displayed here is current as of "JUN 24, 2005" and is updated weekly. It is not a complete or certified record of the Corporation.

## Corporation

FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC.

**Number:** C1295575 **Date Filed:** 1/6/1986 **Status:** active

**Jurisdiction:** MASSACHUSETTS

**Address**

82 DEVONSHIRE STREET

BOSTON, MA 02109

**Agent for Service of Process**

C T CORPORATION SYSTEM

818 WEST SEVENTH STREET

LOS ANGELES, CA 90017

Printer Friendly

New Search

- For information about certification of corporate records or for additional corporate information, please refer to Corporate Records.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.

California Business Portal

Secretary of State BRUCE McPHERSON

Secretary of State | Elections & Voter Info | Political Reform | CA Business Portal | Archives & Museum | Special Programs

Business Search
Corporations

Printer Friendly Page

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

Corporate Records Order Form
**Certificates**
**Copies**
**Status Printouts**

FAQS

Corporations Main Page

Site Search

# Corporations

The information displayed here is current as of "JUN 24, 2005" and is updated weekly. It is not a complete or certified record of the Corporation.

## Corporation

FIDELITY BROKERAGE SERVICES, INC.

**Number:** C0963356 **Date Filed:** 10/2/1979 **Status:** surrender

**Jurisdiction:** MASSACHUSETTS

### Address

82 DEVONSHIRE ST

MAILZONE F7D

BOSTON, MA 02109

### Agent for Service of Process

C T CORPORATION SYSTEM

818 WEST SEVENTH STREET

LOS ANGELES, CA 90017

Printer Friendly

New Search

- For information about certification of corporate records or for additional corporate information, please refer to Corporate Records.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.

415 34 Van Ness Av ........ 415 929 5896
415 92 ........ 415 441 3047
C 1140 Brussels ........ 415 467 3264
Hair Salon 369 Pine ........ 415 982 2536
Flying Clinic 1777 Borel Pl San Mateo ........ 650 341 1595
ton & Associates ........ 415 821 0126
mer David B 2005 Lyon ........ 415 885 5918
r Kenneth MD UC San Francisco-Mount Zion Medical Center
1600 Divisadero . 415 885 7675
len S & Co Incorporated 369 Pine ........ 415 956 5300
uce A Kato Fetter & Suzuki LLP 685 Market ........ 415 974 5715
niel Law Offices Of 807 Montgomery ........ 415 391 9476
ancine R MA MFT ........ 415 668 1477
Auto Parks Inc ........ 415 474 2203
Auto Parks Inc 659 Franklin ........ 415 626 6506
Auto Parks Inc 530 Turk ........ 415 474 2237
Bureau Of Investigation-US Dept Of Justice
450 Golden Gate Av . 415 553 7400
Deposit Insurance Corp 25 Ecker ........ 415 546 0160
spresso 450 Golden Gate Av ........ 415 861 9900
Financial Mortgage Co ........ 707 544 1993
Financial Mortgage Co 425 Divisadero ........ 415 864 1998
Fitness Center At 75 Hawthorne
95 Hawthorne . 415 974 1062
Government Offices
See Government Section Beginning On Page One Look Under United States Government
Home Loan Bank 600 California ........ 415 616 1000
Precious Metals 1652 Irving ........ 415 564 3134
Precious Metals 1652 Irving ........ 415 564 4544
ealty 150 Post ........ 415 392 3423
L RESERVE BANK OF SAN FRANCISCO ........ 415 974 2000
Inquiry & Complaint Line ........ 866 838 9247
t-Discount Window Rate ........ 415 974 2230
esources ........ 415 974 3330
ormation ........ 415 974 3230
........ 415 974 2163
........ 415 974 3252
ury Securities
Direct Customer Service ........ 800 722 2678
Notes-Bonds ........ 800 333 2919
Bonds ........ 415 781 6775
curity Service Corp ........ 415 397 4485
n Italian 323 Geary ........ 415 695 0222
n Of Gay Games
n Of Public Employees Local 292 Transport
Union 1508 Fillmore ........ 415 922 9397
Food Machinery Inc 70-13th ........ 415 626 2800
Johnston Associaites ........ 415 359 0061
To Calling Party ........ 800 463 3339
........ 415 834 0240
n Ebert Architects 500 Montgomery ........ 415 434 0320
Scents U All 438 Haight ........ 415 861 6457
Organically Vegan Cafe 4001 Judah ........ 415 504 7325
MD ........ 415 437 5575
DVM 530 Arguello Bl ........ 415 751 3242
ing Corp ........ 415 671 3808
ing Corp ........ 415 671 0977
es M MD FACC 1800 Sullivan Av DC ........ 650 992 0463
mas J Bennett & Yee 351 California ........ 415 788 6200
mas P MD FACC 1800 Sullivan Av DC ........ 650 992 0463
MD 1850 Sullivan Av DC ........ 650 757 6131
am J Lanahan & Reilley LLP Attorneys
1 Market . 415 856 4700
Leavenworth ........ 415 885 6393
g & Associates 25-15th Av ........ 415 379 8600
470-5th ........ 415 777 2556
ers Associates Inc 604 Mission ........ 415 369 0425
1 275 Battery ........ 415 986 2800
anis L Ac 2717 Judah ........ 415 661 0608
........ 415 781 4264
S Nixon Peabody LLP 201 Clay ........ 415 984 8458
Photography 459 Sutter ........ 415 433 5012
D S DMD dntst ........ 415 433 5010
DDS 1500 Southgate Av DC ........ 650 991 0999
nald E 870 Market ........ 415 421 1893
ley S Law Office Of 870 Market ........ 415 421 1893
ciation Of The Bay Area ........ 650 572 7575
ert Law Offices Of 1750 Montgomery ........ 415 835 9490
Store 730 Clement ........ 415 752 6777
........ 415 925 0862
........ 415 925 0980
ific 650 California ........ 415 398 5555
DDS 1506 Union ........ 415 563 8123
Method ........ 415 928 1321
Method 98 Cherry ........ 415 826 3680
ethod Bill Harris CFP 1626 Union ........ 415 771 0251
nc 101 Townsend ........ 415 362 0970
........ 415 928 7715
d S OD 834 Taraval ........ 415 664 2022
MFCC ........ 415 273 5833
MD 3300 California ........ 415 921 5762
Attorney At Law 505 Montgomery ........ 415 391 5555
Morrison & Foerster LLP 425 Market ........ 415 268 6474
Market ........ 415 552 2311
CSW Psychotherapist ........ 415 285 9770
Coblentz Patch Duffy & Bass LLP One Ferry ........ 415 391 4800
GE INC
-Morrison & Foerster LLP
425 Market . 415 268 6273
J attorney at law 24 Clement ........ 415 668 4845
J attorney at law 177 Post ........ 415 398 3443
Sutter ........ 415 474 7874
Kellock & Keeney & Cordery LLP attys
185 Berry . 415 537 3930
........ 415 617 8900
........ 415 921 8188
ervice 340 Fell ........ 415 252 8720
........ 415 491 4233
ROLAND-VIOLIN
ERS 1551 Divisadero ........ 415 567 3708

FELLMAN RICK ROOFING & SIDING CO
1598 Columbus Av Burlingame ........ 650 348 5132
Fellom Nancy A atty 231 Sansome ........ 415 362 1212
Fellom Publishing Co 170 South Spruce Av SSF ........ 650 588 8832
Fellom & Solorio Law Offices 231 Sansome ........ 415 362 1212
Fellowship Academy & Preschool 495 Cambridge ........ 415 239 0511
Fellowship Academy & Preschool 495 Cambridge ........ 415 239 6545
Fellowship Bible Church 119 Plymouth Av ........ 415 239 5492
Fellowship Manor 1201 Golden Gate Av ........ 415 922 0154
Fellowship Manor Of Bethel A M E Church
1201 Golden Gate Av . 415 775 6490
Fellowship Of Reconciliation 2017 Mission ........ 415 495 6334
Fellowship Urban Outreach 200 Plymouth Av ........ 415 585 6003
Felonious One Love Hip Hop-Wishbone Ent ........ 415 863 2430
Felthouse Louis H archt 3954 Cesar Chavez ........ 415 282 9922

## FELTON RICHARD A DDS
450 Sutter ........ 415 989 8300

Felzener Karen 744 Alabama ........ 415 282 2379
Feminist Bookstore News ........ 415 642 9993
Femmegear ........ 415 826 3598
Femur L ........ 415 333 6311

FencePro
Specializing In Custom Fences And Decks
FENCEPRO ........ 415 468 8485
From Redwood City Telephones Call ........ 650 368 8485

Fendell Jack 2720 Taylor ........ 415 391 5850
Fenech Joseph Low Ball & Lynch attys 505 Montgomery ........ 415 981 6630
Feneri 371 Stillman ........ 415 278 9729
Feng Haung Pastry ........ 415 421 7885
Feng & Lee attys at law 711 Van Ness Av ........ 415 885 8056
Feng Samuel K 100 Van Ness Av ........ 415 565 2811
Feng Samuel K 711 Van Ness Av ........ 415 885 8056
Feng Sheng Garments Inc 275-8th ........ 415 252 5680
Feng Shui-Living By Design Sausalito ........ 415 332 7232
Feng Shui Restaurant 2346 Lombard ........ 415 922 9179
Feng Wendy L 1 Front ........ 415 591 6000
Fenner Bradley S 555 California ........ 415 772 1233
Fennie And Mehl Architects 300 Brannan ........ 415 278 9596
Fenske Mark D 456 Montgomery ........ 415 989 1100
Fenster Mark A Shute Mihaly & Weinberger LLP 396 Hayes . 415 552 7272
Fenster V ........ 415 788 4001
Fenton Communications 9 Pier 9 Embarcadero ........ 415 255 1946
Fenton Communications 182-2nd ........ 415 901 0111
Fenton Douglas F DDS 1 Embarcadero Center ........ 415 421 4772
Fenton-Moscatelli ........ 415 398 3046
Fenway Market Inc 4686-18th ........ 415 934 1514
Fenwick & West 275 Battery ........ 415 875 2300
Fenzi 1801 Union ........ 415 563 9700
Ferber Gary Photography P O Box 193 Sausalito ........ 415 331 6262
Ferdon Jonathan atty 101-12th Av ........ 415 387 5690
Ferdon Jonathan Atty 101-12th Av ........ 415 386 3434
Ferdon Timothy Jay Law Offices Of 234 Van Ness Av 415 621 4972
Ferentz Tom ........ 415 778 4007
Fergus A Law Firm 595 Market ........ 415 537 9030
Ferguson Aaron DC 2064 Union ........ 415 776 4064
Ferguson Briget A DVM 2645 Taraval ........ 415 566 4359
Ferguson Enterprises Inc 26699 Industrial Bl Hayward . 510 782 9020
Ferguson Partners 50 California ........ 415 439 5367
Ferguson Place 1249 Scott ........ 415 922 9104
Ferguson Scott R Spaeth & Olson Attorneys At Law
1 Embarcadero Center . 415 693 9300
Feria Antonio M Jr DPM 1800 Sullivan Av DC ........ 650 755 3338
Ferma Bennie C 605 Market ........ 415 974 5336
Fernanda's High Hair Styles 2933-24th ........ 415 648 3963
Fernandez Dorothy L-Morrison & Foerster LLP
425 Market . 415 268 6009
Fernandez Isabella MD 2340 Clay ........ 415 600 1494
Fernandez Marianne MD 595 Buckingham Wy ........ 415 242 5433
Fernandez Mariche Yu DMD 41 Saint Francis Sq DC ........ 650 758 4882
Fernando Exposito Design 766 Hayes ........ 415 863 9813
Fernando Rivera School 1255 Southgate Av DC ........ 650 991 1225
Fernando's Auto Body 131 Fell ........ 415 863 4654
Fernando's Hair Salon 5768 Mission ........ 415 333 8485
Fernando's Insurance Agency 2989 Mission ........ 415 648 4711
Fernau & Hartman Architects 2512-9th Berkeley ........ 510 848 4480
Fernbacher Productions 230 California ........ 415 434 3376
Ferneborg & Associates Inc
1450 Fashion Island Bl San Mateo . 650 577 0100
Ferrall Brian L Keker & Van Nest LLP attys 710 Sansome ........ 415 391 5400
Ferrall Co Partners-FCP Consulting 500 Sutter ........ 415 956 5558
Ferrall Cox Sales Management Consulting
500 Sutter . 415 956 5558
Ferrando Carol MA psychotherapist ........ 415 921 8337
FERRANDO F & CO
1537 Mission Rd Colma ........ 650 756 2800
Ferrari Electric A S & Son Inc 76 Hill DC ........ 650 755 1212
Ferraro Carol DC 626 Balboa ........ 415 386 6247
Ferraro Carol DC 7390 Rainbow Dr Cupertino ........ 408 257 2324
Ferraro Eric K 1 Embarcadero Center ........ 415 773 2852
Ferraro Rachele DC 2191 Market ........ 415 864 3453
Ferrazares David MD 1650 Valencia ........ 415 285 2006
Ferreboeuf Marie Attorney At Law 580 Market ........ 415 362 6286
Ferrer Insurance Services Inc 5304 ........ 415 856 0709
Ferrer Jaime 530 ........ 415 856 0709
Ferrer Mary A-Morrison & Foerster LLP 425 Market 415 268 7199
Ferrera Electric 108 Wayland ........ 415 468 1840
Ferrera Electric 108 Wayland ........ 415 468 2248
Ferrera John M Attorney 2171 Junipero Serra Bl DC ........ 650 755 1212
Ferretti Robert S MD 3000 California ........ 415 563 2600
Ferrigno Chis Real Estat 1010 Dolores ........ 415 641 0661
Ferris Baker & Watts Inc 435 Brannan ........ 415 901 2331
Ferris Peter H Foley & Lardner attys 1 Maritime Plaza ........ 415 984 9913
Ferris Research 408 Columbus Av ........ 415 986 1414
Ferris Robert L atty ........ 415 626 6975
Ferro Joanne Attorney At Law ........ 415 435 7754
Ferrospark Inc engrng & tooling 160 Mendell ........ 415 647 0515
Ferry Boat Santa Rosa Pier 3 ........ 415 394 8900
Ferry Plaza Farmers Market Ferry Bldg ........ 415 291 3276

Ferryboat At Pier 3 Pier 3 ........ 415 788 8866
Ferryboat Santa Rosa ........ 415 788 8866
Ferster Saul M Law Office Of The 1390 Market ........ 415 863 2678
Fertility Associates Of Bay Area 1700 California ........ 415 673 9199
Fe's Bits N Pieces 5495 Mission ........ 415 239 0116
Festa Gifts & Party Favors 6335 Mission DC ........ 650 992 6037
Festival Of Asia 400 Spear ........ 415 908 6980
Festival Pavilion-Fort Mason Center ........ 415 441 3400
Festivities ........ 415 387 3861
Festoon Saloon 9 Claude Ln ........ 415 421 3223
Fetch ........ 415 387 7877
Fetch Pet Care ........ 415 563 3824
Fetterman M Dr 133 Kearny ........ 415 296 9111
Fetzer Group 350 Townsend ........ 415 979 1414
Feuer Deborah MFCC ........ 415 273 5657
Feuer Matthew ........ 415 442 0102
Feuillage 664 Post ........ 415 440 7455
Feurzeig Donald L 650 California ........ 415 392 5600
Feurzeig Donald L Titchell Maltzman Mark & Ohleyer A Professional
Corporation 650 California ........ 415 392 5600
Feutz James F Evans Latham & Campisi 1 Post ........ 415 421 0288
Feyer Robert P attys Orrick Herrington & & Sutcliffe LLP
400 Sansome . 415 773 5886
Fh Video Inc 1700 Taraval ........ 415 759 3668
Fhi California 425 Market ........ 415 495 3882
Fiamma Pizzeria Since 1959 1001 Guerrero ........ 415 206 1240
Fiat All New Parts 2255 San Pablo Av Berkeley ........ 510 548 8748
Fiber Futures ........ 415 561 6546

## FIBER SEAL FABRIC & CARPET PROTECTION SYSTEM
2 Henry Adams ........ 415 252 2850

Fiber Tower ........ 415 659 3500
Fibercraft 555 De Haro ........ 415 621 6874
Fiberlink 350 Sansome ........ 415 981 9690
Fibre Channel Industry Association ........ 415 561 6270
Fibre Tibet ........ 415 345 8696
Fibrwrap Construction Pier 50 ........ 415 896 2133
Ficenec James J 650 California ........ 415 392 5600
Ficenec James T Titchell Maltzman Mark & Ohleyer A Professional
Corporation 650 California ........ 415 392 5600
Fichelson Bruce 55 Francisco ........ 415 982 6300
Ficks Greg M Coblentz Patch Duffy & Bass LLP One Ferry
Building ........ 415 391 4800
Fida's Cafe 350 California ........ 415 362 1345
Fida's Market 1939 Mission ........ 415 431 5510
Fiddler's Green 1333 Columbus Av ........ 415 441 9758
Fidelity Capital Funding ........ 415 296 8444
Fidelity Capital Funding 680-5th ........ 415 863 2200
Fidelity Insured Deposits 1 Embarcadero Center ........ 415 623 2043
Fidelity Investments
2001 N Main WC
No Charge To Calling Party ........ 800 544 9797
851 E Hamilton Av Cml
No Charge To Calling Party ........ 800 544 9797
8 Montgomery St
No Charge To Calling Party ........ 800 544 9797
251 University Av Pa
No Charge To Calling Party ........ 800 544 9797
Fidelity Investments 601 California ........ 415 781 0622
Fidelity Investments 456 Montgomery ........ 415 982 0469
Fidelity National Title 50 California ........ 415 981 5720
Fidelity National Title 595 Castro ........ 415 552 3646
Fidelity National Title 3200 Fulton ........ 415 668 1200
Fidelity National Title 670 Golden Gate Av ........ 415 440 5705
Fidelity National Title 1900 Noriega ........ 415 661 1960
Fidelity National Title 2570 Ocean Av ........ 415 337 6343
Fidelity National Title 2570 Ocean Av ........ 415 469 5980
Fidelity National Title 2537 Ocean Av ........ 415 841 8800
Fidelity National Title 1388 Sutter ........ 415 563 3500
Fidelity National Title 2001 Union ........ 415 346 2030
Fidelity National Title Co
Branch Offices
50 California ........ 415 781 6001
4696 Mission ........ 415 337 1000
Fidelity Partners Inc 556 Commercial ........ 415 788 0700
Fiedler Financial Life Insurance Settlement Specialists
No Charge To Calling Party ........ 800 905 0114
Field Denise H atty 333 Market ........ 415 227 0900
Field Donald L Jr Chickering & Gregory A Professional Corporation
615 Battery . 415 393 9000
Field Fleischman Research 130 Sutter ........ 415 490 2890
Field Ironworkers Apprenticeship & Training Program
580 Barneveld Av . 415 695 9879
Field Jerome N Inc 790 Funston Av ........ 415 392 6767
Field Mervin D Field Research Corp 222 Sutter ........ 415 392 5763
Field Of Dreams Pier 39 ........ 415 433 3500
FIELD PAOLI ARCHITECTS
150 California ........ 415 788 6606
Field R N Construcion Inc 515 Forsom ........ 415 369 0465
FIELD RESEARCH CORP
222 Sutter ........ 415 392 5763
Fielder Lanny K atty 518 Waller ........ 415 703 0834
Fielding David H Busenet Caplan & Fielding LLP 221 Pine . 415 217 3800
Fields Book Store 1419 Polk ........ 415 673 2027
Fields Edward Inc 151 Vermont ........ 415 431 4373
Fields Howard L MD University Of California San Francisco UCSF-A
Stadelta Medical School & Medical Center 400 Parnassus Av. 415 353 2273
Fields Kathy MD 2100 Webster ........ 415 923 3377
FIELDS MICHAEL J DDS
*Suite 2031......398-1345*
450 Sutter ........ 415 986 5886
Fierberg & Associates ........ 415 647 4105
Fiesta Laundromat 898 South Van Ness Av ........ 415 401 7605
Fiesta Tacos 250 Golden Gate Av ........ 415 885 0866
Fiesta Tours 323 Geary ........ 415 986 1134
Fifteen Fifteen Scott St Parking Lot 1515 Scott ........ 415 567 4656
1500 Taylor St Owner Assoc 1500 Taylor ........ 415 771 8698
1508 Inc ........ 415 876 1508
15 Romolo 15 Romolo Pl ........ 415 398 1359
1550 Hyde 1550 Hyde ........ 415 775 1550
Fifth Floor Restaurant 12-4th ........ 415 348 1555
Fifth & Mission Yerba Buena Garage 833 Mission ........ 415 243 3258



Fifty Crows
50 Fremont Street Building
Building Office
Garage
50 Mason Lounge 50 Mason
51 Federal Street Associates 51 Federal
51 Federal Street Associates 51 Federal
5301 Mission HOA 5301 Mission
Figaro 414 Columbus Av
Figaro Gelato 1017 Ashby Av Berkeley
Wholesale Only
Fight And Fitness Inc 734 Bryant
Figone Nursery 644 Brannan
Figon Larry Plumbing
Figure Five Design Group 2217 Polk
figureplant 2122 Bryant
Fil A Fil 50 Post
Fil-Am Cuisine 66 School DC
Fil-Am Driving School
Fil-Am Employment & Training Center 2940-16
Suite 319
Fil Am Medical Center 3177 Mission
Fil By Design Personal Training For Women
Fil Jonathan M Law Offices Of Brian J Har The
33 New Montgom
Filbert Street Guitar Studio 2163 Filbert
Filbert Street Salon 1772 Filbert
Filbert Warehouse Inc 850 Mariposa
Filco Laboratory 5 Santa Rosa Av
File Tax 1734 Divisadero
FileNet Inc 655 Montgomery
FileWave USA 637 Natoma
Filion Robin L Baker & McKenzie LLP
660 Hansen Wy Palo A
Filipello David LAc 870 Market
Filipina Women's Network P O Box 190037
Filipino American Chamber Of Commerce Of
Francisco
Filipino American Council 3416-19th
Filipino American Development Foundation
953 Miss
Filipino Bayanihan Resource Center
2780 Junipero Serra Bl
Filipino Family Hotline 173-7th
Filipino Seventh-Day Adventist Church
533 Hickey Bl Paci
Filipino Task Force On AIDS 109 Bartlett
Filippelli & Eisenberg A Professional Corpora
632 Commer
Filippelli Jos A 632 Commercial
Filler Morey MD 2100 Webster
Filley G William atty 5455 Anza
Fillmore
1805 Geary Bl
Business Office
Show Information
Transportation & Parking
Fillmore Apartments
Fillmore Center Apartments 1475 Fillmore
Fillmore Center Garage
Fillmore Center Garage 1475 Fillmore
Fillmore Dentistry 3220 Fillmore
Fillmore Florist 1880 Fillmore
Fillmore Grill 2298 Fillmore
Fillmore Grind Coffee House 711 Fillmore
Fillmore Hardware Co Inc 1930 Fillmore
Fillmore Jazz Promotions Office 1286 Fillmore
Fillmore Karaoke Corporation 1410 Fillmore
Fillmore Laundry 1426 Fillmore
Fillmore Marketplace 1223 Webster
Fillmore Plaza Apartments 1350 Fillmore
Fillmore Street Cafe 1301 Fillmore
Fillmore Capital Partners Llc 140 Pacific Av
Fillmore's Fine Foods 1981 Sutter
Filon Design 321 Ashton Av
Filon Design 401 Terry A Francois Bl
Film Arts Foundation 145-9th
Film History Foundation-Fax 650-5th
Film Tape World 670-5th
Film Trailer On AIDS
Film Trailers On Aids
Film Trailers On AIDS
Film Yard Video 303 Divisadero
Film Yard Video 1610 Stockton
FilmCore Distribution 545 Sansome
FilmCore Editorial 545 Sansome
Filmore-Golden Gate Apartments
1300 Golden Ga
Filmprofit 48 Pearl
FiltaFry 1668 York
Filter Creative Talent
Filter Service Co
P O Box 661 Hayward
Filtrine Manufacturing Co 6 Dorman Av
Fina Estampa 2374 Mission
Fina Estampa 1100 Van Ness Av
Final Final 2990 Baker
Final Touch Hair & Beauty Salon 5365 Mission
Final Touch 2 The 2184 Greenwich
Financial Advisory Group The-Investment T
Planning Advisory Services 299 Arguello Bl
Financial Avengers 235 Montgomery
Financial Center Offices Of Northern Califo
Financial Connections Inc 1255 Post
Financial Consulting 3585-20th
Financial District Acupuncture Clinic
Financial District Acupuncture Clinic
2001 Van Ne
Financial District Chiropractic 430 Davis Ct
Financial District Medical 220 Montgomery
Financial District Medical Associates Inc M
220 Montgo
Financial District Medical Associates Inc
220 Montgo
Financial District Psychological Chronic Pa
388 M
Financial District Spees 245 Market

U.S. District Court
For The District Of Columbia

Samuel G. Chia
Plaintiff

Case No.1:05CV01114 JR

v.

INJUNCTION

Fidelity Brokerage Services,Inc.
Defendants

It is court's injunction basis on proven evidence by plaintiff that defendant Fidelity Brokerage Services,Inc is prohibited to:

1. engage in further discrimination against minorities customers with its frauds of any kind in security tradings and arbitration proceeding.

2.set forth unfair terms for its customers' agreement for opening certain account for exchange.

3. utilize unlicensed brokers to trade on behalf of its customers

4. breach contract with shorter statute to inconsistently bar its customer's arbitration.

5. fail to obey to Supreme court rulings relating to arbitral jurisdiction removal.

6.falsify customers' account.

7. wilfully fail to produce evidence its customers ask.

8. have customers declared to sign before defendant non-government official.

2005

District Judge