United States District Court

For The District Of Columbia

Order

It is understood that defendant's attorneys in case no. 1:05CV01114 JR including Amy J. Conway 443995, Patrick D. Conner 472298 and Mark A. Srere 414487 knew that thier motion to dismiss and motion for sanction are false but they wilfully filed them in this court. Within ___ days from today the _____ 2005, you all are required to show cause why you should not be suspended for ___ months for your misconducts in doing so in the court.


___  ___2005

U.S. District Judge