**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAMUEL G. CHIA,                    :
                                    :
    Plaintiff,                      :
                                    :
  v.                                : Civil Action No. 05-1114 (JR)
                                    :
FIDELITY INVESTMENT,               :
                                    :
    Defendant.                      :

## ORDER

Upon consideration of defendant's motions to dismiss with prejudice [#6] and for Rule 11 sanctions [#12] and plaintiff's motion to vacate and reverse the void judgment rendered by the California federal court affirming NASD unauthorized dismissal pursuant to 28 U.S.C. statute 60(b)(4)(6) statute 1963 [sic] and U.S.C.A. Const Amend 5 Due Process Clause [#3], together with the oppositions thereto, and the whole record, it is **ORDERED** that plaintiff's motion to vacate and reverse, etc., [#3] is **denied**; that defendant's motion to dismiss with prejudice [#6] is **granted**; and that defendant's motion for Rule 11 sanctions [#12] is **granted**.  Defendant may have an award of its attorneys' fees for the defense of this frivolous and

abusive suit and may submit an appropriate order, together with affidavit support for the amount of the requested fee award.


                                    JAMES ROBERTSON
                              United States District Judge