IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL G. CHIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIDELITY INVESTMENTS ) <br> INSTITUTIONAL SERVICES CO, INC. ) <br> a/k/a FIDELITY BROKERAGE ) <br> SERVICES, INC.,[1] ) <br> ) <br> Defendant ) <br> ) | Civil Action No. 05-1114 (JR) |

**DECLARATION OF AMY J. CONWAY-HATCHER
IN SUPPORT OF FIDELITY'S AWARD OF ATTORNEYS' FEES**

I, Amy J. Conway-Hatcher, do and hereby swear and affirm under penalty of perjury that the following information is based on my personal knowledge, that I am competent to so testify, and that it is both true and correct.

1. I am an attorney duly admitted to practice law in the District of Columbia.

2. I am the counsel of record for the defendant Fidelity Brokerage Services, LLC ("Fidelity") in the above-captioned matter.

3. In its October 11, 2005 Order, this Court granted Fidelity's Motion for Sanctions against Plaintiff Samuel G. Chia, which, among other requests for relief, sought recovery of Fidelity's attorneys' fees.

---

[1] The caption in Plaintiff Chia's complaint references the wrong entity. Fidelity Investments Institutional Services Co., Inc. and Fidelity Brokerage Services LLC are separate and distinct companies. The contractual relationship at issue in this case existed between Mr. Chia and Fidelity Brokerage Services LLC.

4.      In the October 11, 2005 Order, this Court invited Fidelity to submit affidavit support for the amount of the fee award and an appropriate order.

5.      Attached as Exhibits A and B, and incorporated herein by reference, are true and accurate detailed billing statements for this matter.[2] The attached documentation covers all costs and attorneys' fees associated with Fidelity's defense of Mr. Chia's frivolous claims.

6.      In total, Fidelity has incurred $35,541.00 in attorneys' fees and $1,920.00 in costs for its defense of this matter. These amounts do not include the $38,516.85 that Fidelity spent to defend Mr. Chia's claims in the California litigation described in Fidelity's motion for sanctions.

7.      In accordance with the Court's October 11, 2005 Order, I have also attached a proposed Order awarding to Fidelity its attorneys' fees and costs associated with defending Mr. Chia's claims in the above-captioned matter.

_____
Amy J. Conway-Hatcher (D.C. Bar No. 443995)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202.739.5953
202.739.3001 (fax)

Attorney for Defendant Fidelity

---

[2] The documentation is provided in spreadsheet form to provide additional detail for the Court.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2005, a true and correct copy of the foregoing Declaration of Amy J. Conway-Hatcher in Support of Fidelity's Award of Attorneys' Fees was served by first class mail on:

> Samuel G. Chia
> 2450 Lake Street #2
> San Francisco, CA 94121
>
> Plaintiff *pro se*

_____
Amy J. Conway-Hatcher