EXHIBIT A

**TIME BILLED ON BEHALF OF FIDELITY BROKERAGE SERVICES LLC ("FIDELITY")
IN DEFENSE OF CHIA COMPLAINT (Civil Action No. 05-1114)**

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| M.J. Lawson | 07/30/05 | 0.80 | 476.00 | Review Complaint and all exhibits; prepare memorandum regarding case background. |
| M.J. Lawson | 08/01/05 | 0.20 | 119.00 | Conference with A. Conway-Hatcher regarding case background and strategy. |
| P.D. Conner | 08/01/05 | 0.30 | 112.50 | Conference with A. Conway-Hatcher regarding Complaint and motion to dismiss. |
| P.D. Conner | 08/04/05 | 1.20 | 450.00 | Conference with J. Miltner (Morgan Lewis Summer Associate)* regarding motion to dismiss plaintiff's Complaint and research regarding same; conference with A. Conway-Hatcher regarding drafting of briefs; review of plaintiff's filings. |
| P.D. Conner | 08/05/05 | 2.20 | 825.00 | Conference with J. Miltner regarding motion to dismiss plaintiff's Complaint and related pleadings and case materials; review of case materials; conference with A. Conway-Hatcher regarding same; conferences with Morgan Lewis staff regarding obtaining plaintiff's California filings. |

---

* Fidelity was not billed for time spent by James Miltner, a summer associate at Morgan Lewis, who assisted with legal research and drafting of motions.

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| P.D. Conner | 08/07/05 | 9.00 | 3,375.00 | Preparation of and revisions to brief in support of motion for sanctions; legal research and review of file materials regarding same; preparation of outline of opposition to Chia's motion to vacate. |
| P.D. Conner | 08/08/05 | 5.90 | 2,212.50 | Preparation of and revisions to brief in support of motion for sanctions; legal research and review of file materials regarding same; preparation of opposition to Chia's motion to vacate; conference with J. Miltner regarding draft brief in support of motion to dismiss; review of and revisions to draft motion to dismiss; conferences with A. Conway-Hatcher regarding draft briefs; conferences with Morgan Lewis staff regarding retrieving filings from California proceedings. |
| A.J. Conway-Hatcher | 08/08/05 | 3.40 | 1,530.00 | Review and revise Rule 11 sanctions memorandum and motion to dismiss Chia Complaint; telephone conferences with P. Conner regarding same. |
| P.D. Conner | 08/09/05 | 8.70 | 3,262.50 | Preparation of and revisions to brief in support of motion for sanctions; legal research and review of file materials regarding same; preparation of and revisions to opposition to Chia's motion to vacate; legal research regarding same; conferences with J. Miltner regarding draft brief in support of motion to dismiss; review of and revisions to draft motion to dismiss; conferences with A. Conway-Hatcher regarding draft briefs. |
| A.J. Conway-Hatcher | 08/09/05 | 6.00 | 2,700.00 | Review and revise motion to dismiss Chia Complaint; legal research for motion; conferences with P. Conner regarding motions. |

2

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| T. Shim | 08/09/05 | 4.30 | 817.00 | Confer with U.S. District Court for D.C. regarding electronic filing of Answers to Complaint in the Chia case; review electronic filing procedures on Internet; complete electronic registration form for A. Conway-Hatcher and fax cover sheet for 8/11/05 electronic filing; review Complaint and accompanying documents; check citations in motion to dismiss. |
| P.D. Conner | 08/10/05 | 5.10 | 1,912.50 | Preparation of and revisions to brief in support of motion for sanctions; legal research and review of file materials regarding same; preparation of and revisions to opposition to Chia's motion to vacate; legal research regarding same; conferences with J. Miltner regarding draft brief in support of motion to dismiss; review of and revisions to draft motion to dismiss; conferences with A. Conway-Hatcher regarding draft briefs; review of pleadings from California litigation pursuant to same. |
| A.J. Conway-Hatcher | 08/10/05 | 1.00 | 450.00 | Review motions regarding Chia litigation. |
| T. Shim | 08/10/05 | 1.30 | 247.00 | Check cites in updated motion to dismiss, and contact court clerk regarding A. Conway-Hatcher's registration for electronic filing. |
| P.D. Conner | 08/11/05 | 7.60 | 2,850.00 | Preparation of and revisions to motion for sanctions and brief in support; legal research and review of file materials regarding same; preparation of and revisions to opposition to Chia's motion to vacate; legal research regarding same; preparation of and revisions to motion to dismiss and brief in support; review of pleadings from California litigation |

3

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | pursuant to same; teleconferences with D. Brown (client) and M. Jensen (client) regarding draft motions and briefs; conferences with A. Conway-Hatcher, J. Miltner, and T. Shim regarding motions, briefs, and finalizing same for filing. |
| A.J. Conway-Hatcher | 08/11/05 | 7.90 | 3,555.00 | Review and revise motions, memoranda regarding dismissal of Complaint with prejudice, opposition to motion to vacate and Rule 11 sanctions motion; prepare motions, memoranda, orders for filing; draft letters to Judge Robertson, Chia and client; telephone conferences with client and with M. Lawson. |
| T. Shim | 08/11/05 | 10.80 | 2,052.00 | Cite check and revise Fidelity motion to dismiss, motion for sanctions, and opposition to vacate; gather and prepare exhibits to motions to be filed; prepare packages of documents filed for court, client, opposing party, and M. Lawson; scan exhibits; scan all documents to pdf for electronic filing in the U.S. District Court for D.C.; electronically file and name each document to be filed in the U.S. District Court for D.C. |
| T. Shim | 08/12/05 | 4.70 | 893.00 | Organize and copy all documents filed with the court and/or served on opposing party; scan motion for sanctions for P. Conner. |
| A.J. Conway-Hatcher | 08/22/05 | 0.50 | 225.00 | Review and respond to M. Larson e-mail. |
| T. Shim | 08/29/05 | 0.50 | 95.00 | Locate docket and check for updates. |
| P.D. Conner | 09/09/05 | 2.00 | 750.00 | Teleconference with R. Kennedy (client) regarding Chia filing and motion for sanctions; finalize motion for sanctions. |

4

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| T. Shim | 09/09/05 | 5.70 | 1,083.00 | Review and revise motion for sanctions; draft cover letters for Chia and client for P. Conner; scan and prepare motion for sanctions for electronic filing; file motion electronically and prepare packages for Chia and client; review docket and confer with court clerk regarding 9/7/05 document filings by Chia; review documents filed with court by Chia on 9/7/05 and scan documents for P. Conner. |
| T. Shim | 09/13/05 | 0.40 | 76.00 | Confer with A. Conway-Hatcher's assistant regarding phone call from S. Chia; left message with P. Conner regarding telephone call from S. Chia. |
| T. Shim | 09/14/05 | 1.10 | 209.00 | Review docketed entries; print and review new documents found. |
| T. Shim | 09/22/05 | 0.70 | 133.00 | Update pleadings binder. |
| P.D. Conner | 09/27/05 | 0.60 | 225.00 | Review of Chia's opposition to Fidelity's motion for sanctions; communications with Fidelity team regarding same. |
| P.D. Conner | 09/28/05 | 5.60 | 2,100.00 | Review of Chia's opposition to Fidelity's motion for sanctions; preparation of reply brief in support of motion for sanctions against Chia; legal research pursuant to same. |
| T. Shim | 09/28/05 | 1.30 | 247.00 | Print and review new motion filed by Chia; print and review new docket sheet; work with court to arrange e-mail notification to Morgan Lewis of all Chia filings. |

5

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| P.D. Conner | 09/29/05 | 1.70 | 637.50 | Preparation of and revisions to reply brief in support of motion for sanctions against Chia; legal research pursuant to same; communications to Fidelity team regarding same and filing arrangements. |
| P.D. Conner | 09/30/05 | 0.50 | 187.50 | Preparation of reply brief in support of Fidelity's motion for sanctions; preparation of correspondence to Chia and Fidelity team regarding same; communications with M. Srere and T. Shim regarding same. |
| T. Shim | 09/30/05 | 2.10 | 399.00 | Prepare Reply to Opposition to Motion for Sanctions for electronic filing; prepare cover letters and motion packages for Chia and client. |
| P.D. Conner | 10/11/05 | 0.30 | 112.50 | Review of Order granting Fidelity's motion to dismiss and motion for sanctions and denying Chia's motion to vacate; conference with A. Conway-Hatcher regarding same and application for attorneys' fees. |
| A. Conway-Hatcher | 10/11/05 | 1.30 | 585.00 | Review Order in Chia matter; draft e-mails to client and M. Lawson; leave voicemail for client; conference with P. Conner regarding interpretation of Rule 11 Order. |
| P.D. Conner | 10/24/05 | 0.50 | 187.50 | Conference with A. Conway-Hatcher regarding Chia request for settlement; teleconference with A. Conway-Hatcher and Chia regarding same and court's decisions in Fidelity's favor. |
| A. Conway-Hatcher | 10/24/05 | 0.80 | 360.00 | Review and forward voicemail message for S. Chia; telephone conference with P. Conner regarding same; telephone conference with S. Chia; draft memorandum regarding same; |

6

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| A. Conway-Hatcher | 10/24/05 | 0.20 | 90.00 | forward memorandum regarding telephone conference to P. Conner. Draft client e-mail. |

**TIME SUMMARY:**

| Name | Billable Hours | Billable Rate | Billable Amount |
|---|---|---|---|
| **PARTNER** | | | |
| A. Conway-Hatcher | 21.10 | 450.00 | 9,495.00 |
| M.J. Lawson | 1.00 | 595.00 | 595.00 |
| **ASSOCIATE** | | | |
| P.D. Conner | 51.20 | 375.00 | 19,200.00 |
| **PARALEGAL** | | | |
| T. Shim | 32.90 | 190.00 | 6,251.00 |
| **TOTAL** | **106.20** | | **$35,541.00** |

7