**EXHIBIT B**

**DISBURSEMENTS ON BEHALF OF FIDELITY BROKERAGE SERVICES LLC
RELATED TO DEFENSE OF CHIA COMPLAINT (Civil Action No. 05-1114)**

| Name | Date | Amount | Disbursement Description |
|------|------|--------|--------------------------|
| P.D. Conner | 08/07/05 | 384.53 | Westlaw Charges |
| P.D. Conner | 08/08/05 | 6.37 | Westlaw Charges |
| P.D. Conner | 08/08/05 | 1.10 | Domestic Long Distance LOS ANGELES [CT Corp. System/Fidelity's registered agent] |
| T. Shim | 08/09/05 | 367.31 | Westlaw Charges |
| P.D. Conner | 08/09/05 | 170.52 | Westlaw Charges |
| P.D. Conner | 08/09/05 | 0.41 | Domestic Long Distance BOSTON MA [Client] |
| T. Shim | 08/10/05 | 83.37 | Westlaw Charges |
| P.D. Conner | 08/10/05 | 40.48 | Westlaw Charges |
| P.D. Conner | 08/11/05 | 1.44 | Duplicating Usage 12 Copies |
| T. Shim | 08/11/05 | 2.16 | Duplicating Usage 18 Copies |
| T. Shim | 08/11/05 | 0.96 | Duplicating Usage 8 Copies |
| T. Shim | 08/11/05 | 9.00 | Duplicating Usage 75 Copies |

| Name | Date | Amount | Disbursement Description |
|---|---|---|---|
| T. Shim | 08/11/05 | 60.60 | Duplicating Usage 505 Copies |
| P.D. Conner | 08/11/05 | 0.96 | Duplicating Usage 8 Copies |
| T. Shim | 08/11/05 | 1.20 | Duplicating Usage 10 Copies |
| T. Shim | 08/11/05 | 29.40 | Duplicating Usage 245 Copies |
| T. Shim | 08/11/05 | 58.80 | Duplicating Usage 490 Copies |
| T. Shim | 08/11/05 | 17.64 | Lexis Charges |
| T. Shim | 08/11/05 | 89.95 | Lexis Charges |
| T. Shim | 08/11/05 | 446.50 | Westlaw Charges |
| T. Shim | 08/11/05 | 11.03 | Westlaw Charges |
| P.D. Conner | 08/11/05 | 6.38 | Federal Express/UPS SEE LABEL, WASHINGTON, DC 20001 Tracking#: 69044502 9423 |
| P.D. Conner | 08/11/05 | 1.25 | Domestic Long Distance BOSTON MA [Client] |
| P.D. Conner | 08/11/05 | 0.94 | Domestic Long  Distance BOSTON MA [Client] |
| P.D. Conner | 08/11/05 | 0.34 | Domestic Long  Distance BOSTON MA [Client] |
| T. Shim | 08/12/05 | 0.36 | Duplicating Usage 3 Copies |
| T. Shim | 08/12/05 | 29.88 | Duplicating Usage 249 Copies |

2

| Name | Date | Amount | Disbursement Description |
|------|------|--------|--------------------------|
| T. Shim | 08/12/05 | 3.36 | Duplicating Usage 28 Copies |
| T. Shim | 08/12/05 | 7.56 | Duplicating Usage 63 Copies |
| T. Shim | 08/12/05 | 1.92 | Duplicating Usage 16 Copies |
| A. Conway-Hatcher | 09/08/05 | 4.80 | Duplicating Usage 40 Copies |
| T. Shim | 09/09/05 | 1.44 | Duplicating Usage 12 Copies |
| T. Shim | 09/09/05 | 27.96 | Duplicating Usage 233 Copies |
| T. Shim | 09/09/05 | 33.12 | Duplicating Usage 276 Copies |
| T. Shim | 09/09/05 | 2.04 | Duplicating Usage 17 Copies |
| P.D. Conner | 09/09/05 | 2.45 | Domestic Long Distance BOSTON MA [Client] |
| T. Shim | 09/13/05 | 0.34 | Domestic Long Distance ATLANTA NE [P. Conner cell phone] |
| H.M. Elsen (P.D. Conner's Assistant) | 09/13/05 | 1.27 | Domestic Long Distance ATLANTA NE [P. Conner cell phone] |
| T. Shim | 09/29/05 | 0.24 | Duplicating Usage 2 Copies |
| T. Shim | 09/30/05 | 1.24 | Postage |
| T. Shim | 09/30/05 | 1.56 | Duplicating Usage 13 Copies |
| T. Shim | 09/30/05 | 5.76 | Duplicating Usage 48 Copies |

3

| Name | Date | Amount | Disbursement Description |
|---|---|---|---|
| A. Conway-Hatcher | 10/11/05 | 0.26 | Domestic Long Distance BOSTON MA [Client] |
| A. Conway-Hatcher | 10/24/05 | 0.77 | Domestic Long Distance SAN FRAN CA [M. Lawson] |
| M.J. Lawson | 10/27/05 | 0.67 | Domestic Long Distance BOSTON MA [Client] |
| A. Conway-Hatcher | 10/31/05 | 0.36 | Duplicating Usage 3 Copies |
| | | | |
| TOTAL | | $1,920.00 | |

**DISBURSEMENT SUMMARY:**

| Description | Amount |
|---|---|
| Telephone/Fax | 9.80 |
| Postage/Courier | 7.62 |
| Duplicating | 284.88 |
| Computer Legal Research | 1,617.70 |
| **Total** | **1,920.00** |

4