Judge James Robertson
U.S. Dist Ct for Columbia
Washington D.C. 2001

11/14/05
Leave to file
granted.
[signature] Robertson
USDJ

In Re case #1:05CV01114JR

Daer Hon. Robertson,

I respectfully write informing you that 1) I have not recieved an order of Oct 11, 05 but a Docket sheet on Oct 28, 05.  2). From the Docket I knew that my case dismissed for res judicata which was fraudulently induced that the order is automatically void accordingly as the original void dismissal of deception starting foom the NASD arbirators whose jurisdiction was removed by the S Ct as stated in ptf motion, therefore only the S Ct has its power to affirm not the Calif. lower fed. Courts at all even through many affirmances without altering its void nature and therefore this court can only vacate/reverse as to comply with the S Ct which rules again that even the party who originally invoke the jurisdiction of the court may raise the same claim after decision on the merits (see Amwerican Fire and Casualty Co v. Finn 341 U.S 6 17-1871 S. Ct 534 541 542 95 L. Ed 702 (1951) FURTHER it continues to instruct "it is well settled that the court may raise the issue of subject matter jurisdiction at any time " sue sponte " (Clerk v. paul GREY inc, 306 U.S. XXX 583 S.Ct 744 83 Ed 1001 (1939) NOTHING that res judicata could overcome FRCP §60 (b) (4)(see Bros Incorporated v. W.E Grace 351 F2d 208 (5th Cir 1965) WHERE the 5th Cir reverse multi res judicata entered by the 6th and 8th cir because of Fed. R. of Civ. Pro. § 60 (b) and it is undesirous that that the S. Ct law make the judges unimmune to act not within the scope of thier function i.e. to generate or affirm void judgment(s) I have honor transmitting courtesy of the information set forth in 502 U.S. 9 116 L Ed 2d 9 that it is proper for you to reverse and or vacate instead regardless who is defendant or who is its representative there are bunce of S. Ct laws governong the case.
Kindly extend the appeal time by one month immediately.

Respectfully

[signature] Samuel Chia
Samuel G. Chia

Oct Nov 5, 05

A copy of this letter mailedto dft.