Samuel G. Chia
2450 Lake St #2
San Francisco CA 94121
415 379 9137

U.S. District Court for the District of Columbia

Samuel G. Chia   Plaintiff
    v
Fidelity Investments ask Fidelity
Brokerage Services
           Defendant

Case No. 1:05 CV01114 JR
Pft's opposition to grant
atty's fees and costs etc

    Plaintiff hereby asks leave from court to grant these oppositions of any fees to defendant for reasons as follows:
(1) That the Court of Appeals for the District of Columbia did inform answering ptf if motion was forwarded beore it for changing the 9th cir. decision they would not decide anything basis on the limitation of statute by its clerk after the consideration of the chief judge on or about the time Judge Bate was assigned to preside this special case for which ptf declares that there was such statement inside nor there would be sanction(s) against ptf that pft had tried hard to find it as exhibit with no result at this moment and will immediately forward it if found the court may check with the Appeals Court clerk about and since the case was dismissed that is the end of it in harmony with its appellate court.
(2) It was too late for dft to file for fees after a month has been elapsed with expiration of the appeal.
(3) Ptf is a 76 year old unemployed man whose monies had all been lost in the Fidelity tradings relying on less than $400 a month from the Social Security payment for his living in very difficulty that he cannot have any to pay off that he could never afford any atty in his losses so far as seen.
(4) Defendant has largely exaggerated with untrue claims that she Ms. Conway is a licensed atty in the area and it was unrequired to consult that much with other attys for a simple res judicata answer that all of which have been over stated that Fidelity had furished all the documents with all informations that the claims are unproven without payment(s) that the court shoule decline to pay them all.
(5) There were reversiable errors that dft had mistaken to cite the D.C. Cir cases as samples where there was no D.C. presiding judge jurisdiction removed by the S. Ct but arbitrators in the nation that

that D.C. cases religitation would almost certainly became res judicata except there was something controlled by R.60 (b). However, ptf presiding arbitrators' jurisdiction was removed by the S Ct disallowing them to dismiss case basis for time limit and therefore void decision immediately came up that it was S Ct's order no court could alter its void nature to become valid nature for which ptf eranestly prays that the court reread his briefs once more and redecides that dft cited the wrong samples for res judicata claims for certain that ptf's case is controlled by FRCP §60 (b) (4) void judgment meaning no judgment or no litigation in effect in the past not afftected by res judicata, frivous status has not been constituted in the case.

6) Ptf suffering from heart and mental troubles currently.

Nov. 19 2005.

Respectfully

Samuel G. Chia
Samuel G. Chia

2

## PROOF OF SERVICE BY MAIL

I am a resident of the United States and a resident of the San Francisco County. I am over the age of eighteen years and not a party to the within action; my address is 1986 Lake St San Francisco CA 94121

On Nov 19 2005, I served the within 1:05 CV01114 JR – Ptf's opposition to grant atty's fees & costs.

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Amy Conway
Morgan Lewis
1111 Pennsylvania Av NW
Washington D.C. 20004

I, Robert Pearl, declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th of Nov 2005, at San Francisco, California.

*Robert Pearl*