UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL G. CHIA, :
:
    Plaintiff, :
:
v. : Civil Action No. 05-1114 (JR)
:
FIDELITY INVESTMENT, :
:
    Defendant. :

## ORDER

Plaintiff has written a letter to the Court that will be filed and docketed, notwithstanding LCvR 5.1(b)'s proscription of correspondence with the Court, because plaintiff appears pro se. The letter will be deemed a motion made pursuant to F.R.App.P. 4(a)(5) for an extension of time to file a notice of appeal and will be **granted**. Plaintiff may have until **December 12, 2005,** a date which is the Monday after the 30th day after the time prescribed by F.R.App.P. 4(a)(1)(A), to file his notice of appeal. It is **SO ORDERED.**

                                          JAMES ROBERTSON
                                  United States District Judge