**FILED**

NOV 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL G. CHIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIDELITY INVESTMENTS )<br>INSTITUTIONAL SERVICES CO, INC. )<br>a/k/a FIDELITY BROKERAGE )<br>SERVICES, INC., )<br>)<br>Defendant ) | Civil Action No. 05-1114 (JR) |

## ORDER

By its Order dated October 11, 2005, this Court granted Defendant Fidelity Brokerage Services LLC's ("Fidelity") motion for Rule 11 sanctions, authorizing, among other things, Fidelity's request for an award of attorneys' fees for the defense of this frivolous and abusive lawsuit. In the October 11, 2005 Order, this Court invited Fidelity to provide affidavit support for the amount of the requested fee award.

Upon consideration of Fidelity's motion for Rule 11 sanctions, the declaration and accompanying support for the amount of the requested fee award filed on behalf of Fidelity, and the entire record in this matter:

It is **ORDERED** that Fidelity is awarded the total cost of its attorneys' fees and costs, in the amount of thirty-seven thousand four hundred and sixty-one dollars ($37,461.00), for its defense of the above-captioned matter.

It is further **ORDERED** that Plaintiff Samuel Chia is directed to pay to Fidelity, through its counsel, thirty-seven thousand four hundred and sixty-one dollars ($37,461.00) by certified check no later than January 31, 2006.

This matter is hereby closed.

It is this 21st day of November 2005, **SO ORDERED**.

_____
James Robertson
United States District Judge
United States District Court for the
District of Columbia