IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL G. CHIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIDELITY INVESTMENTS )<br>INSTITUTIONAL SERVICES CO, INC. )<br>a/k/a FIDELITY BROKERAGE )<br>SERVICES, INC., )<br>)<br>Defendant )<br>) | Civil Action No. 05-1114 (JR) |

**NOTICE OF FILING**

Attached for filing is a copy of a letter to Plaintiff in response to Plaintiff's demand for withdrawal of request for attorneys' fees in the above-captioned matter.

Respectfully submitted,

*/s/ Amy J. Conway-Hatcher*
Amy J. Conway-Hatcher (D.C. Bar No. 443995)
Patrick D. Conner (seeking admission to the Court)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202.739.5953
202.739.3001 (fax)

Attorney for Defendant
Fidelity Brokerage Services LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of December, 2005, a true and correct copy of the foregoing Fidelity's Notice of Filing was served by first class mail on:

>Samuel G. Chia
>2450 Lake Street #2
>San Francisco, CA 94121
>
>Plaintiff *pro se*

>*/s/ Amy J. Conway-Hatcher*
>Amy J. Conway-Hatcher

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Amy J. Conway-Hatcher**
202.739.5953
aconway-hatcher@morganlewis.com

December 1, 2005

Mr. Samuel G. Chia
2450 Lake Street, #2
San Francisco, CA 94121

Re: *Chia v. Fidelity Investments*, Civil Action No. 05-1114 (JR)

Dear Mr. Chia:

I am writing in response to your telephone call on Tuesday, November 22, 2005. In that telephone call, you requested that Fidelity withdraw its motion for sanctions against you in the above-captioned matter because of your financial situation. You indicated that if Fidelity did not withdraw its request for attorneys' fees, you would be forced to sue me and Judge Robertson. I advised you that I would discuss your request with my client and I would respond to you in writing.

As promised, I have discussed your request with Fidelity. Based on all of the circumstances of this case including, but not limited to, the fact that the Court has already ruled on the motion, Fidelity declines to withdraw its request or to request that the Court vacate its award of attorneys' fees.

Very truly yours,

*Amy Conway-Hatcher*

Amy J. Conway-Hatcher

ACH/ljr

cc: Clerk's Office, U.S. District Court
    Honorable James Robertson, U.S. District Court