Samuel G. Chia

2450 Lake St #2

San Francisco CA 94121

415 379 9137

U.S. District Court for the District of Columbia

Samuel G. Chia
      Plaintiff

V.

Fidelity Investments aka
Fidelity Brokerage Services Inc
      Defendant

Civil case No. 1:05CV01114JR

Plaintiff Notice of Appeal

in forma pauperis

Plaintiff Samuel G. chia hereby appeals the order of Nov. 11 2005 and the sanction entered on 11/29/2005 by Judge James Robertson in this case to the U.S. Court of Appeals permitted to be filed on Dec. 12 2005 by said judge and the notice is mailed today Dec.7 2005 from San Francisco that it should be timely with no accident delay and plaintiff agrees if Judge Robertson extends for any reason.

Dec 7 2005

                                              Samuel G. Chia

A copy of this document mailed to defendant by plaintiff.

RECEIVED
DEC 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Samuel G. Chia
2450 Lake St #2
San Francisco CA 94121
415 379 9437

U.S. District Court for the District of Columbia

Samuel G. Chia
        Plaintiff        Civil case No. 1:05CV01114JR

v.

Fidelity Investments aka        Plaintiff Notice of Appeal
Fidelity Brokerage Services Inc        in forma pauperis
        Defendant

Plaintiff Samuel G. Chia hereby appeals the order of Nov. 11 2005 and the sanction entered on 11/29/2005 by Judge James Robertson in this case to the U.S. Court of Appeals permitted to be filed on Dec. 12 2005 by said judge and the notice is mailed today Dec.7 2005 from San Francisco that it should be timely with no accident delay and plaintiff agrees if Judge Robertson extends for any reason.

Dec 7 2005                                        *Samuel G. Chia*
                                                  Samuel G. Chia

A copy of this document mailed to defendant by plaintiff.