U.S. District Court for the District of Columbia

Chia v. Fidelity                    Case No.1:05CV 1114JR

Plaintiff's motion to proceed
appeal in forma pauperis

Plaintiff hereby asks leave to file this appeal without prepayment of docket fees and costs and proceeds in forma pauperis.

Plaintiff has previously been granted leave to proceed in forma pauperis in the state courts in 2001-2.

Plaintiff declaration in support of his motion is as follows:

1. I am a 75-6 year old man having been unemployed for longer than ten years. Most of my savings were lost in the racketeerings in securities investments as shown in the case pending a recovery.

3. I am now relying on the social security payment of $380 a month after deduction of medicare for my living with difficulty.

4. I HAVE NO REAL PROPERTY AND RENTAL INCOME.

My request because of my poverty and I believe I am entitled. In the event, if I recover from the racketeering losses I will pay back the court fees.

Dec. 3  2005                              Samuel G. Chia

*[handwritten: 1/11/06 Leave to file granted. /s/ JRobertson USDJ]*

RECEIVED
JAN 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. District Court for the District of Columbia

Chia v. Fidelity                                Case No.1:05CV 1114JR

Plaintiff's motion to proceed appeal in forma pauperis

Plaintiff hereby asks leave to file this appeal without prepayment of docket fees and costs and proceeds in forma pauperis.

Plaintiff has previously been granted leave to proceed in forma pauperis in the state courts in 2001-2.

Plaintiff declaration in support of his motion is as follows:

1. I am a 75-6 year old man having been unemployed for longer than ten years. most of my savings were lost in the racketeerings in securities investments as shown in the case pending a recovery.

3. I am now relying on the social security payment of $380 a month after deduction of medicare for my living with difficulty.

4. I HAVE NO REAL PROPERTY AND RENTAL INCOME.

My request because of my poverty and I believe I AM entitled. In the event, if I recover from the racketeering losses I will pay back the court fees.

Dec. 3/ 2005

Samuel G. Chia