# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-7184**  September Term, 2005

05cv01114

Filed On:

Samuel G. Chia,
    Appellant

v.

Fidelity Investments, *a/k/a* Fidelity Brokerage Services,
    Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED AUG 3 2006

CLERK

**BEFORE:** Randolph and Tatel, Circuit Judges

### ORDER

Upon consideration of the motion for summary affirmance and sanctions; the motion for summary reversal, the opposition thereto, the amended reply, and the supplement to the motion for summary reversal; the motion for transfer; the motion for appointment of counsel; and appellant's motion for sanctions, and the opposition thereto, it is

**ORDERED**, on the court's own motion, that the record be remanded for the district court to state its grounds for imposing sanctions. See Fed. R. Civ. P. 11(c)(3) ("When imposing sanctions, the court shall describe the conduct determined to constitute a violation of this rule and explain the basis for the sanction imposed."); Confederate Memorial Ass'n v. Hines, 995 F.2d 295, 301 (D.C. Cir. 1993). It is

**FURTHER ORDERED** that consideration of the pending motions be deferred pending further order of this court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon completion of its action on remand.

**Per Curiam**